# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

| | |
|---|---|
| In Re: | Case No. 17-23103-CMB |
| CHRISTOPHER BLAZEYEWSKI & DIANE BLAZEYEWSKI, | Chapter 13 |
| Debtor(s). | |

### APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE

Atlantica, LLC, a creditor and party in interest in the above styled action, pursuant to Federal Rule of Bankruptcy Procedure 2002(g) requests that all notices required to be mailed or served in this case be directed to:

Lisa Cancanon
Weinstein & Riley, P.S.
11101 West 120th Avenue #280
Broomfield, CO 80021
lisac@w-legal.com

Further, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), Lisa Cancanon hereby enters his Notice of Appearance as Counsel in this matter on behalf of Atlantica, LLC.

/s/ Lisa Cancanon
Lisa Cancanon
Weinstein & Riley, P.S.
Attorney for Creditor
11101 West 120th Avenue #280
Broomfield, CO 80021
Bar ID: 323550
Telephone: (303) 539-8600
Fax: (206) 269-3493
Email: lisac@w-legal.com

## CERTIFICATE OF SERVICE

      I hereby certify, under penalty of perjury pursuant to 28 U.S.C. Sec. 1746, that a true and correct copy of the Notice of Appearance and Request for Notice was served on the following parties by electronic service via the Court's ECF filing system or by first-class mail on September 13, 2017:

<u>Debtors via First-Class Mail</u>
Christopher Blazeyewski &
Diane Blazeyewski
111 Kaplan Avenue
Pittsburgh, PA 15227

<u>Debtors' Counsel via E-Filing</u>
Kenneth Steidl
Steidl & Steinberg
julie.steidl@steidl-steinberg.com

<u>U.S. Trustee via E-Filing</u>
Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

<u>Trustee via E-Filing</u>
Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

/s/ Jordyn Robertson
Jordyn Robertson
Weinstein & Riley, P.S.
2001 Western Avenue, Suite 400
Seattle, WA 98121