IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No.17-23103 CMB |
| Christopher Blazeyewski | : | |
| Diane Blazeyewski, | : | Chapter 13 |
| Debtors | : | |
| | : | Related to Docket No. 29 |
| Christopher Blazeyewski | : | |
| Diane Blazeyewski, | : | |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| Selene Finance | : | |
| Respondent | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on September 20, 2017, a true and correct copy of the *Loss Mitigation Order* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour
Suite 3250, US Steel Tower
600 Grant Street
Pittsburgh, PA  15219

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15219

Selene Finance
c/o Shapiro & Denardo, LLC
3600 Horizon Drive
Suite 150
King of Prussia, Pa 19406

Christopher & Diane Blazeyewski
111 Kaplan Avenue
Pittsburgh, Pa 15227

Joseph Pensabene, CEO
9990 Richmond Avenue
Suite 400 South
Houston, TX 77402

Date of Service:    September 20, 2017    /s/ Jessica Barlow_____
Jessica Barlow
Paralegal
STEIDL & STEINBERG
28th Floor-Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
jbarlow@steidl-steinberg.com