IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No.17-23103 CMB |
| Christopher Blazeyewski | : | |
| Diane Blazeyewski, | : | Chapter 13 |
| Debtors | : | |
| | : | |
| Christopher Blazeyewski | : | Related to Doc. No. 25 |
| Diane Blazeyewski, | : | |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| Selene Finance | : | |
| Respondent | : | |

## LOSS MITIGATION ORDER

A *Motion for Loss Mitigation* was filed by Debtors on September 1, 2017. The Parties have had notice and an opportunity to object and the Court has reviewed any objections filed thereto.

*AND NOW*, this __19th__ day of __September__, 20__17__, it is hereby **ORDERED** that:

(1) The following parties are directed to participate in the Court's *Loss Mitigation Program* **(LMP)** as set forth in *W.PA.LBR 9020-1* through *9020-7*.

Debtor:    Christopher and Diane Blazeyewski

Creditor:    Selene Finance

(2) *During the Loss Mitigation Period*, the Debtor shall make (or cause to be made) adequate protection payments in the amount of $661.11 per month to the Creditor or the Creditor's designee pursuant to *W.PA.LBR 9020-3(g)*.

(3) *Within fourteen (14) days from the entry of this Order*, the Creditor shall register and post its entire Core LMP Package on the Portal (if not previously registered) pursuant to *W.PA.LBR 9020-4(b)*.

(4) *Within seven (7) days from the entry of this Order* or Creditor's registration on the Portal, whichever is later, the Debtor shall upload a completed Core LMP Package through the Portal pursuant to *W.PA.LBR 9020-4(c)*.

(5) *Within fourteen (14) days of the debtor's submission of the Core LMP Package*, the Creditor shall acknowledge receipt and designate a single point of contact for Debtor's review, pursuant to *W.PA.LBR 9020-4(d)*.

(6) *Within sixty (60) days from the entry of this Order*, the Debtor shall file and serve upon all interested parties an LMP Status Report, pursuant to *W.PA.LBR 9020-4(e)*.

(7)     **One hundred twenty (120) days from the entry of this Order,** the LMP Period shall terminate unless extended pursuant to *W.PA.LBR 9020-5(b)*.

(8)     **Within seven (7) days of the termination of the Loss Mitigation Period**, the Debtor shall submit an LMP Final Report pursuant to *W.PA.LBR 9020-4(f)*.

(9)     Debtor shall *immediately* serve a copy of this Order on Creditor and file a certificate of service evidencing same.

FILED
9/19/17 3:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlotta M. Bohm    dmr
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Christopher Blazeyewski
Diane Blazeyewski
    Debtors

Case No. 17-23103-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2       User: dric            Page 1 of 1           Date Rcvd: Sep 19, 2017
                          Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2017.
db/jdb       +Christopher Blazeyewski,   Diane Blazeyewski,   111 Kaplan Avenue,   Pittsburgh, PA 15227-2415

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2017                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2017 at the address(es) listed below:
          Allison L. Carr    on behalf of Creditor   Duquesne Light Company acarr@bernsteinlaw.com,
           acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
          James Warmbrodt    on behalf of Creditor   CERASTES, LLC bkgroup@kmllawgroup.com
          Kenneth Steidl    on behalf of Joint Debtor Diane  Blazeyewski julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
           einberg.com;r53037@no
          Kenneth Steidl    on behalf of Debtor Christopher  Blazeyewski julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
           einberg.com;r53037@no
          Lisa Cancanon    on behalf of Creditor   Atlantica, LLC lisac@w-legal.com
          Michael C. Mazack    on behalf of Creditor   Brentwood Borough School District
           mmazack@tuckerlaw.com
          Michael C. Mazack    on behalf of Creditor   Brentwood Borough mmazack@tuckerlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                                                         TOTAL: 10