# United States Bankruptcy Court

Western District of Pennsylvania

In re, Christopher Blazeyewski  
      Diane Blazeyewski  
         Debtor(s)

Case No. 17-23103

Chapter 13

**Request for Notices Pursuant to Rule 2002(g)**

Cerastes, LLC _____, by its undersigned attorneys, respectfully represents:

1. Cerastes, LLC _____ is a creditor in above-captioned case.

2. Pursuant to Fed R Bankr P 2002(g), Cerastes, LLC _____ hereby requests that all notices in this case be mailed to the following, regardless of whether the Court limits the mailing of notices:

Christopher K. Baxter  
**Marinosci & Baxter**  
Wellington Center  
14643 Dallas Parkway, Suite 750  
Dallas TX 75254

Respectfully submitted,

Christopher K. Baxter  
Attorney for the Creditor

**Marinosci & Baxter** Wellington Center  
14643 Dallas Parkway, Suite 750  
Dallas TX 75254  
Phone (972) 331-2300  
Fax (972) 331-5240

17-12499-1