**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 17−23103−CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

Christopher Blazeyewski                     Diane Blazeyewski
111 Kaplan Avenue                           aka Diane Phillips Blazeyewski
Pittsburgh, PA 15227                        111 Kaplan Avenue
                                            Pittsburgh, PA 15227

Social Security No.:
  xxx−xx−2272                               xxx−xx−0975

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR         NAME/ADDRESS OF TRUSTEE
Kenneth Steidl                              Ronda J. Winnecour
Steidl & Steinberg                          Suite 3250, USX Tower
Suite 2830 Gulf Tower                       600 Grant Street
707 Grant Street                            Pittsburgh, PA 15219
Pittsburgh, PA 15219                        Telephone number: 412−471−5566
Telephone number: 412−391−8000

DATE/TIME/LOCATION OF MEETING OF            CONFIRMATION HEARING DATE/TIME/LOC
CREDITORS                                   December 11, 2017
December 11, 2017                           03:00 PM
03:00 PM                                    3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA    15219
15219

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE
OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS
WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER
NOTICE OR HEARING.**

Dated: 11/9/17                              BY THE COURT

                                            Carlota M. Bohm
                                            Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 17-23103-CMB
Christopher Blazeyewski                                             Chapter 13
Diane Blazeyewski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil            Page 1 of 3            Date Rcvd: Nov 09, 2017
                              Form ID: rsc13        Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2017.
```
db/jdb         +Christopher Blazeyewski,    Diane Blazeyewski,    111 Kaplan Avenue,    Pittsburgh, PA 15227-2415
cr             +Atlantica, LLC,   c/o Weinstein & Riley, P.S.,    11101 West 120th Avenue #280,
                 Broomfield, CO 80021-2756
cr             +Borough of Brentwood & Brentwood Borough School di,    437 Grant Street, 14th Floor,
                 Frick Building,    Frick Building,   Pittsburgh, PA  15219,    UNITED STATES 15219-6101
cr             +Brentwood Borough,    c/o Michael C. Mazack, Esquire,    Tucker Arensberg, PC,
                 1500 One PPG Place,    Pittsburgh, PA 15222-5413
cr             +Brentwood Borough School District,     c/o Michael C. Mazack, Esquire,    Tucker Arensberg, PC,
                 1500 One PPG Place,    Pittsburgh, PA 15222-5413
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14669145        AHN Emergency Group of Jefferson,     Attn #19021N,    PO Box 14000,    Belfast, ME 04915-4033
14669147       +APM Collections Dept,    7000 Stonewood Drive,    Suite 151,    Wexford, PA 15090-7376
14669146        Allegheny County,    c/o John Weinstein, County Treasurer,    PO Box 643385,
                 Pittsburgh, PA 15264-3385
14669148       +Associates in Neurology,    5750 Centre Avenue, Suite 100,    Pittsburgh, PA 15206-3762
14708302       +Borough of Brentwood & Brentwood School District,     Goehring, Rutter & Boehm,
                 c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,    Frick Building,
                 Pittsburgh, PA 15219-6101
14708319       +Borough of Brentwood School District,     Goehring, Rutter & Boehm,
                 c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,    Frick Building,
                 Pittsburgh, PA 15219-6101
14669150       +Brentwood Borough,    Fay K. Boland,    3730 Brownsville Road,    Pittsburgh, PA 15227-3562
14669151       +Brentwood Borough School District,     c/o Tucker Arnsberg P.C.,    1500 One PPG Place,
                 Pittsburgh, PA 15222-5416
14669152       +Brentwood EMS,    PO Box 8,   Indiana, PA 15701-0008
14669153       +Bureau of UC Benefits,    Attn: UI Payment Services,    PO Box 67503,    Harrisburg, PA 17106-7503
14669155       +Capital One,    c/o RLG Law Group,    409 Lackawanna Avenue, Suite 320,    Scranton, PA 18503-2059
14677818        Capital One Bank,    PO Box 30285,    Salt Lake City, UT 84130-0285
14669157        Cognitive Medicine Practice,    c/o Penn Credit,    916 S. 14th Street,    PO Box 988,
                 Harrisburg, PA 17108-0988
14669160       +Foundation Radiology Group,    350 N. Orleans Street, Floor 8,    Dept. 6235,
                 Chicago, IL 60654-1975
14669159        Foundation Radiology Group,    c/o Scheer, Green & Burke Co LPA,    PO Box 1312,
                 Toledo, OH 43603-1312
14669161        H&R Block,    c/o CCB Credit Services Inc.,    PO Box 272,    Springfield, IL 62705-0272
14669162       +Jack Mannheimer MD,    500 Lewis Run Road,    West Mifflin, PA 15122-3056
14669163       +Jefferson Hills Ambulance Association,    2121 Century Drive,    Jefferson Hills, PA 15025-3627
14669166        Jefferson Hospital,    PO Box 643054,   Pittsburgh, PA 15264-3054
14669168        Jefferson Internal Medicine,    575 Coal Valley Road,    Suite 374,    Clairton, PA 15025-3739
14669169        Ladani Medical Associates, LLC,    2409 Brownsville Rd.,    Pittsburgh, PA 15210-4503
14669171        Partners In Neuro and Endo,    5171 Liberty Avenue,    Pittsburgh, PA 15224-2254
14669172        Peoples Natural Gas,    PO Box 9037,    Addison, TX 75001-9037
14669173       +Personal Touch Home Care of PA,    160 North Craig Street,    Pittsburgh, PA 15213-2717
14669174        Pittsburgh Infectious Diseases LTD,    Suite C - 101 Drake Road,    Pittsburgh, PA 15241-1556
14669175       +Pittsburgh Pulmonary & Critical Care,     1200 Brooks Lane, Suite 180,
                 Jefferson Hills, PA 15025-3769
14669176       +Selene Finance,    PO Box 71243,    Philadelphia, PA 19176-6243
14669177       +Selene Finance,    c/o Shapiro & Denardo, LLC,    3600 horizon Drive, Suite 150,
                 King of Prussia, PA 19406-4702
14669178       +South Hills Gastro Assoc LLC,    PO Box 615,    Connellsville, PA 15425-0615
14669179        Target Card Services & TD Bank USA,    3901 West 53rd Street,    Sioux Falls, SD 57106-4216
14669180        Volkweins Music,    c/o CBCS,    PO Box 2724,    Columbus, OH 43216-2724
14669181       +Walmart & GE Money Bank,    c/o Portfolio Recovery Associates,    PO Box 12903,
                 Norfolk, VA 23541-0903
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 10 2017 01:45:25      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14669158        E-mail/Text: bankruptcies@escallate.com Nov 10 2017 01:45:03      Escallate, LLC,
                 PO Box 645425,    Cincinnati, OH 45264-5425
14669164        E-mail/Text: bankruptcies@escallate.com Nov 10 2017 01:45:03      Jefferson Hospital,
                 c/o Escallate, LLC,    PO Box 645425,    Cincinnati, OH 45264-5425
14669170       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 10 2017 01:45:26      PA Department of Revenue,
                 Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
14669545       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 10 2017 01:48:10
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14678790        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 10 2017 01:45:26
                 Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                 Harrisburg PA 17128-0946
14709780        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 10 2017 01:47:58      Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
```

```
District/off: 0315-2           User: bsil                  Page 2 of 3                   Date Rcvd: Nov 09, 2017
                               Form ID: rsc13              Total Noticed: 45

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
                                                                                                       TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CERASTES, LLC
cr              Duquesne Light Company
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14677808*       AHN Emergency Group of Jefferson,    Attn #19021N,    PO Box 14000,   Belfast, ME 04915-4033
14677809*      +APM Collections Dept,    7000 Stonewood Drive,    Suite 151,    Wexford, PA 15090-7376
14669149*      +Associates in Neurology,    5750 Centre Avenue, Suite 100,    Pittsburgh, PA 15206-3762
14677810*      +Associates in Neurology,    5750 Centre Avenue, Suite 100,    Pittsburgh, PA 15206-3762
14677811*      +Associates in Neurology,    5750 Centre Avenue, Suite 100,    Pittsburgh, PA 15206-3762
14677812*      +Brentwood Borough School District,    c/o Tucker Arnsberg P.C.,    1500 One PPG Place,
                 Pittsburgh, PA 15222-5416
14677813*      +Brentwood EMS,    PO Box 8,   Indiana, PA 15701-0008
14669154*      +Bureau of UC Benefits,    Attn: UI Payment Services,    PO Box 67503,    Harrisburg, PA 17106-7503
14677814*      +Bureau of UC Benefits,    Attn: UI Payment Services,    PO Box 67503,    Harrisburg, PA 17106-7503
14677815*      +Bureau of UC Benefits,    Attn: UI Payment Services,    PO Box 67503,    Harrisburg, PA 17106-7503
14669156*      +Capital One,    c/o RLG Law Group,    409 Lackawanna Avenue, Suite 320,    Scranton, PA 18503-2059
14677816*      +Capital One,    c/o RLG Law Group,    409 Lackawanna Avenue, Suite 320,    Scranton, PA 18503-2059
14677817*      +Capital One,    c/o RLG Law Group,    409 Lackawanna Avenue, Suite 320,    Scranton, PA 18503-2059
14677819*       Cognitive Medicine Practice,    c/o Penn Credit,   916 S. 14th Street,    PO Box 988,
                 Harrisburg, PA 17108-0988
14677820*       Escallate, LLC,    PO Box 645425,    Cincinnati, OH 45264-5425
14677822*      +Foundation Radiology Group,    350 N. Orleans Street, Floor 8,    Dept. 6235,
                 Chicago, IL 60654-1975
14677821*       Foundation Radiology Group,    c/o Scheer, Green & Burke Co LPA,    PO Box 1312,
                 Toledo, OH 43603-1312
14677823*       H&R Block,    c/o CCB Credit Services Inc.,    PO Box 272,    Springfield, IL 62705-0272
14677824*      +Jack Mannheimer MD,    500 Lewis Run Road,   West Mifflin, PA 15122-3056
14677825*      +Jefferson Hills Ambulance Association,    2121 Century Drive,    Jefferson Hills, PA 15025-3627
14669165*       Jefferson Hospital,    c/o Escallate, LLC,    PO Box 645425,    Cincinnati, OH 45264-5425
14677826*       Jefferson Hospital,    c/o Escallate, LLC,    PO Box 645425,    Cincinnati, OH 45264-5425
14677827*       Jefferson Hospital,    c/o Escallate, LLC,    PO Box 645425,    Cincinnati, OH 45264-5425
14669167*       Jefferson Hospital,    PO Box 643054,    Pittsburgh, PA 15264-3054
14677828*       Jefferson Hospital,    PO Box 643054,    Pittsburgh, PA 15264-3054
14677829*       Jefferson Hospital,    PO Box 643054,    Pittsburgh, PA 15264-3054
14677830*       Jefferson Internal Medicine,    575 Coal Valley Road, Suite 374,    Clairton, PA 15025-3739
14677831*       Ladani Medical Associates, LLC,    2409 Brownsville Rd.,    Pittsburgh, PA 15210-4503
14677832*      +PA Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
14677833*       Partners In Neuro and Endo,    5171 Liberty Avenue,    Pittsburgh, PA 15224-2254
14677834*       Peoples Natural Gas,    PO Box 9037,    Addison, TX 75001-9037
14677835*      +Personal Touch Home Care of PA,    160 North Craig Street,    Pittsburgh, PA 15213-2717
14677836*       Pittsburgh Infectious Diseases LTD,    Suite C - 101 Drake Road,    Pittsburgh, PA 15241-1556
14677837*      +Pittsburgh Pulmonary & Critical Care,    1200 Brooks Lane, Suite 180,
                 Jefferson Hills, PA 15025-3769
14677839*      +Selene Finance,    c/o Shapiro & Denardo, LLC,    3600 horizon Drive, Suite 150,
                 King of Prussia, PA 19406-4702
14677838*      +Selene Finance,    PO Box 71243,    Philadelphia, PA 19176-6243
14677840*      +South Hills Gastro Assoc LLC,    PO Box 615,    Connellsville, PA 15425-0615
14677841*       Target Card Services & TD Bank USA,    3901 West 53rd Street,    Sioux Falls, SD 57106-4216
14677842*       Volkweins Music,    c/o CBCS,   PO Box 2724,    Columbus, OH 43216-2724
14677843*      +Walmart & GE Money Bank,    c/o Portfolio Recovery Associates,    PO Box 12903,
                 Norfolk, VA 23541-0903
                                                                                             TOTALS: 2, * 41, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2017                                     Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: bsil                    Page 3 of 3                  Date Rcvd: Nov 09, 2017
                              Form ID: rsc13                Total Noticed: 45
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2017 at the address(es) listed below:
              Allison L. Carr     on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
               acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
              James  Warmbrodt     on behalf of Creditor    CERASTES, LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt     on behalf of Creditor    Borough of Brentwood & Brentwood Borough School
               district jhunt@grblaw.com,    cnoroski@grblaw.com
              Kenneth  Steidl     on behalf of Joint Debtor Diane  Blazeyewski julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
               einberg.com
              Kenneth  Steidl     on behalf of Debtor Christopher  Blazeyewski julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
               einberg.com
              Lisa  Cancanon     on behalf of Creditor     Atlantica, LLC lisac@w-legal.com
              Michael C. Mazack     on behalf of Creditor    Brentwood Borough School District
               mmazack@tuckerlaw.com
              Michael C. Mazack     on behalf of Creditor    Brentwood Borough mmazack@tuckerlaw.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 11
```