**§ 341(a) MEETING OF CREDITORS AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS**

Case Name: **Blazejewski**  JAD/TPA/**CMB**/GLT

Case Number: **17-23103**

Date of Meeting: **12/11/17**

Recording # _____

Debtor(s) present ___ or Not Present **✓**  (___ No Payments Made or ___ partial payments)

Attorney for debtor(s) **Steidl**  (Present **✓** or Not Present ___)

Date of Plan at § 341: _____  Applicable commitment period ___ 3 yrs ___ 5 yrs

Prostko — Atlantica, LLC

___ Meeting HELD and CONCLUDED
___ Meeting HELD but CONTINUED (not closed)
**✓** Meeting NOT HELD
**✓** Order to Show Cause Requested
___ To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
___ Amended Plan due: _____ ; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
___ Continued to:
      ___ 341 Meeting OR ___ Conciliation Conf. OR ___ *Contested Hearing
On _____ at _____ am/pm Location _____

_Jana Paul_
Chapter 13 Trustee/Attorney for Trustee