**Form 016**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

46 − 45
jhel

In re:    Bankruptcy Case No.: 17−23103−CMB

Chapter: 13

**Christopher Blazeyewski**
Debtor(s)

Diane Blazeyewski
aka Diane Phillips Blazeyewski

**ORDER OF COURT**

**AND NOW,** in Pittsburgh in said district this The 14th of December, 2017;

**IT IS HEREBY ORDERED** that the Debtor(s) and/or Counsel for the Debtor(s) shall appear on January 17, 2018 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **TO SHOW CAUSE WHY** the above−captioned case should not be **DISMISSED for Debtor(s) failure to attend scheduled Section 341 Meetings.**

Carlota M. Bhm
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 17-23103-CMB
Christopher Blazeyewski                                                         Chapter 13
Diane Blazeyewski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 3              Date Rcvd: Dec 14, 2017
                              Form ID: 016            Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2017.
```
db/jdb         +Christopher Blazeyewski,    Diane Blazeyewski,    111 Kaplan Avenue,    Pittsburgh, PA 15227-2415
cr             +Atlantica, LLC,    c/o Weinstein & Riley, P.S.,    11101 West 120th Avenue #280,
                 Broomfield, CO 80021-2756
cr             +Borough of Brentwood & Brentwood Borough School di,    437 Grant Street, 14th Floor,
                 Frick Building,    Frick Building,    Pittsburgh, PA  15219,    UNITED STATES 15219-6101
cr             +Brentwood Borough,    c/o Michael C. Mazack, Esquire,    Tucker Arensberg, PC,
                 1500 One PPG Place,    Pittsburgh, PA 15222-5413
cr             +Brentwood Borough School District,    c/o Michael C. Mazack, Esquire,    Tucker Arensberg, PC,
                 1500 One PPG Place,    Pittsburgh, PA 15222-5413
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14669145        AHN Emergency Group of Jefferson,    Attn #19021N,    PO Box 14000,    Belfast, ME 04915-4033
14669147       +APM Collections Dept,    7000 Stonewood Drive,    Suite 151,    Wexford, PA 15090-7376
14669146        Allegheny County,    c/o John Weinstein, County Treasurer,    PO Box 643385,
                 Pittsburgh, PA 15264-3385
14669148       +Associates in Neurology,    5750 Centre Avenue, Suite 100,    Pittsburgh, PA 15206-3762
14708302       +Borough of Brentwood & Brentwood School District,    Goehring, Rutter & Boehm,
                 c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,    Frick Building,
                 Pittsburgh, PA 15219-6101
14708319       +Borough of Brentwood School District,    Goehring, Rutter & Boehm,
                 c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,    Frick Building,
                 Pittsburgh, PA 15219-6101
14669150       +Brentwood Borough,    Fay K. Boland,    3730 Brownsville Road,    Pittsburgh, PA 15227-3562
14669151       +Brentwood Borough School District,    c/o Tucker Arnsberg P.C.,    1500 One PPG Place,
                 Pittsburgh, PA 15222-5416
14669152       +Brentwood EMS,    PO Box 8,    Indiana, PA 15701-0008
14669153       +Bureau of UC Benefits,    Attn: UI Payment Services,    PO Box 67503,    Harrisburg, PA 17106-7503
14669155       +Capital One,    c/o RLG Law Group,    409 Lackawanna Avenue, Suite 320,    Scranton, PA 18503-2059
14677818        Capital One Bank,    PO Box 30285,    Salt Lake City, UT 84130-0285
14669157        Cognitive Medicine Practice,    c/o Penn Credit,    916 S. 14th Street,    PO Box 988,
                 Harrisburg, PA 17108-0988
14669160       +Foundation Radiology Group,    350 N. Orleans Street, Floor 8,    Dept. 6235,
                 Chicago, IL 60654-1975
14669159        Foundation Radiology Group,    c/o Scheer, Green & Burke Co LPA,    PO Box 1312,
                 Toledo, OH 43603-1312
14669161        H&R Block,    c/o CCB Credit Services Inc.,    PO Box 272,    Springfield, IL 62705-0272
14669162       +Jack Mannheimer MD,    500 Lewis Run Road,    West Mifflin, PA 15122-3056
14669163       +Jefferson Hills Ambulance Association,    2121 Century Drive,    Jefferson Hills, PA 15025-3627
14669166        Jefferson Hospital,    PO Box 643054,    Pittsburgh, PA 15264-3054
14669168        Jefferson Internal Medicine,    575 Coal Valley Road,    Suite 374,    Clairton, PA 15025-3739
14669169        Ladani Medical Associates, LLC,    2409 Brownsville Rd.,    Pittsburgh, PA 15210-4503
14669171        Partners In Neuro and Endo,    5171 Liberty Avenue,    Pittsburgh, PA 15224-2254
14669172        Peoples Natural Gas,    PO Box 9037,    Addison, TX 75001-9037
14669173       +Personal Touch Home Care of PA,    160 North Craig Street,    Pittsburgh, PA 15213-2717
14669174        Pittsburgh Infectious Diseases LTD,    Suite C - 101 Drake Road,    Pittsburgh, PA 15241-1556
14669175       +Pittsburgh Pulmonary & Critical Care,    1200 Brooks Lane, Suite 180,
                 Jefferson Hills, PA 15025-3769
14669176       +Selene Finance,    PO Box 71243,    Philadelphia, PA 19176-6243
14669177       +Selene Finance,    c/o Shapiro & Denardo, LLC,    3600 horizon Drive, Suite 150,
                 King of Prussia, PA 19406-4702
14669178       +South Hills Gastro Assoc LLC,    PO Box 615,    Connellsville, PA 15425-0615
14669179        Target Card Services & TD Bank USA,    3901 West 53rd Street,    Sioux Falls, SD 57106-4216
14669180        Volkweins Music,    c/o CBCS,    PO Box 2724,    Columbus, OH 43216-2724
14669181       +Walmart & GE Money Bank,    c/o Portfolio Recovery Associates,    PO Box 12903,
                 Norfolk, VA 23541-0903
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14669158        E-mail/Text: bankruptcies@escallate.com Dec 15 2017 01:12:28      Escallate, LLC,
                 PO Box 645425,    Cincinnati, OH 45264-5425
14669164        E-mail/Text: bankruptcies@escallate.com Dec 15 2017 01:12:28      Jefferson Hospital,
                 c/o Escallate, LLC,    PO Box 645425,    Cincinnati, OH 45264-5425
14669170       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 15 2017 01:12:48      PA Department of Revenue,
                 Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
14669545       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 15 2017 01:38:41
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14678790        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 15 2017 01:12:48
                 Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                 Harrisburg PA 17128-0946
14709780        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 15 2017 01:20:18      Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                               TOTAL: 6
```

```
District/off: 0315-2            User: jhel              Page 2 of 3             Date Rcvd: Dec 14, 2017
                                Form ID: 016            Total Noticed: 44


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CERASTES, LLC
cr              Duquesne Light Company
cr*            +PRA Receivables Management, LLC,    PO Box 41021,     Norfolk, VA 23541-1021
14677808*       AHN Emergency Group of Jefferson,    Attn #19021N,    PO Box 14000,    Belfast, ME 04915-4033
14677809*      +APM Collections Dept,    7000 Stonewood Drive,    Suite 151,    Wexford, PA 15090-7376
14669149*      +Associates in Neurology,    5750 Centre Avenue, Suite 100,     Pittsburgh, PA 15206-3762
14677810*      +Associates in Neurology,    5750 Centre Avenue, Suite 100,     Pittsburgh, PA 15206-3762
14677811*      +Associates in Neurology,    5750 Centre Avenue, Suite 100,     Pittsburgh, PA 15206-3762
14677812*      +Brentwood Borough School District,    c/o Tucker Arnsberg P.C.,     1500 One PPG Place,
                 Pittsburgh, PA 15222-5416
14677813*      +Brentwood EMS,    PO Box 8,    Indiana, PA 15701-0008
14669154*      +Bureau of UC Benefits,    Attn: UI Payment Services,    PO Box 67503,    Harrisburg, PA 17106-7503
14677814*      +Bureau of UC Benefits,    Attn: UI Payment Services,    PO Box 67503,    Harrisburg, PA 17106-7503
14677815*      +Bureau of UC Benefits,    Attn: UI Payment Services,    PO Box 67503,    Harrisburg, PA 17106-7503
14669156*      +Capital One,    c/o RLG Law Group,    409 Lackawanna Avenue, Suite 320,    Scranton, PA 18503-2059
14677816*      +Capital One,    c/o RLG Law Group,    409 Lackawanna Avenue, Suite 320,    Scranton, PA 18503-2059
14677817*      +Capital One,    c/o RLG Law Group,    409 Lackawanna Avenue, Suite 320,    Scranton, PA 18503-2059
14677819*       Cognitive Medicine Practice,    c/o Penn Credit,    916 S. 14th Street,    PO Box 988,
                 Harrisburg, PA 17108-0988
14677820*       Escallate, LLC,    PO Box 645425,    Cincinnati, OH 45264-5425
14677822*      +Foundation Radiology Group,    350 N. Orleans Street, Floor 8,    Dept. 6235,
                 Chicago, IL 60654-1975
14677821*       Foundation Radiology Group,    c/o Scheer, Green & Burke Co LPA,    PO Box 1312,
                 Toledo, OH 43603-1312
14677823*       H&R Block,    c/o CCB Credit Services Inc.,    PO Box 272,    Springfield, IL 62705-0272
14677824*      +Jack Mannheimer MD,    500 Lewis Run Road,    West Mifflin, PA 15122-3056
14677825*      +Jefferson Hills Ambulance Association,    2121 Century Drive,    Jefferson Hills, PA 15025-3627
14669165*       Jefferson Hospital,    c/o Escallate, LLC,    PO Box 645425,    Cincinnati, OH 45264-5425
14677826*       Jefferson Hospital,    c/o Escallate, LLC,    PO Box 645425,    Cincinnati, OH 45264-5425
14677827*       Jefferson Hospital,    c/o Escallate, LLC,    PO Box 645425,    Cincinnati, OH 45264-5425
14669167*       Jefferson Hospital,    PO Box 643054,    Pittsburgh, PA 15264-3054
14677828*       Jefferson Hospital,    PO Box 643054,    Pittsburgh, PA 15264-3054
14677829*       Jefferson Hospital,    PO Box 643054,    Pittsburgh, PA 15264-3054
14677830*       Jefferson Internal Medicine,    575 Coal Valley Road,    Suite 374,    Clairton, PA 15025-3739
14677831*       Ladani Medical Associates, LLC,    2409 Brownsville Rd.,    Pittsburgh, PA 15210-4503
14677832*      +PA Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
14677833*       Partners In Neuro and Endo,    5171 Liberty Avenue,    Pittsburgh, PA 15224-2254
14677834*       Peoples Natural Gas,    PO Box 9037,    Addison, TX 75001-9037
14677835*      +Personal Touch Home Care of PA,    160 North Craig Street,    Pittsburgh, PA 15213-2717
14677836*       Pittsburgh Infectious Diseases LTD,    Suite C - 101 Drake Road,    Pittsburgh, PA 15241-1556
14677837*      +Pittsburgh Pulmonary & Critical Care,    1200 Brooks Lane, Suite 180,
                 Jefferson Hills, PA 15025-3769
14677839*      +Selene Finance,    c/o Shapiro & Denardo, LLC,    3600 horizon Drive, Suite 150,
                 King of Prussia, PA 19406-4702
14677838*      +Selene Finance,    PO Box 71243,    Philadelphia, PA 19176-6243
14677840*      +South Hills Gastro Assoc LLC,    PO Box 615,    Connellsville, PA 15425-0615
14677841*       Target Card Services & TD Bank USA,    3901 West 53rd Street,    Sioux Falls, SD 57106-4216
14677842*       Volkweins Music,    c/o CBCS,    PO Box 2724,    Columbus, OH 43216-2724
14677843*      +Walmart & GE Money Bank,    c/o Portfolio Recovery Associates,    PO Box 12903,
                 Norfolk, VA 23541-0903
                                                                                              TOTALS: 2, * 41, ## 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2           User: jhel                  Page 3 of 3                   Date Rcvd: Dec 14, 2017
                               Form ID: 016                Total Noticed: 44
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2017 at the address(es) listed below:

        Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
         acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
        James  Warmbrodt    on behalf of Creditor    CERASTES, LLC bkgroup@kmllawgroup.com
        Jeffrey R. Hunt    on behalf of Creditor    Borough of Brentwood & Brentwood Borough School
         district jhunt@grblaw.com,    cnoroski@grblaw.com
        Kenneth  Steidl    on behalf of Joint Debtor Diane  Blazeyewski julie.steidl@steidl-steinberg.com,
         ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
         nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
         einberg.com
        Kenneth  Steidl    on behalf of Debtor Christopher  Blazeyewski julie.steidl@steidl-steinberg.com,
         ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
         nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
         einberg.com
        Lisa  Cancanon    on behalf of Creditor    Atlantica, LLC lisac@w-legal.com
        Michael C. Mazack    on behalf of Creditor    Brentwood Borough mmazack@tuckerlaw.com,
         agilbert@tuckerlaw.com
        Michael C. Mazack    on behalf of Creditor    Brentwood Borough School District
         mmazack@tuckerlaw.com,    agilbert@tuckerlaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
         Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

                                                                                                              TOTAL: 11