IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Christopher Blazeyewski ) | Case No. 17-23103 CMB |
| Diane Blazeyewski, ) | Chapter 13 |
| *Debtors* ) | Related to Document No. 50 |
| ) | |
| Christopher Blazeyewski, ) | |
| Social Security No. XXX-XX- 2272 ) | |
| *Movant* ) | |
| ) | |
| vs. ) | |
| ) | |
| Bob's Diner Enterprises and ) | |
| Ronda J. Winnecour, Trustee ) | |
| *Respondents* ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on January 11, 2018, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Bob's Diner Enterprises
Attn: Payroll
211 Mansfield Boulevard
Carnegie, PA 15106

Date of Service:    January 11, 2018    /s/ Kenneth Steidl
    Kenneth Steidl, Esquire
    STEIDL & STEINBERG
    28th Floor, Gulf Tower
    707 Grant Street
    Pittsburgh, PA 15219
    (412) 391-8000
    ken.steidl@steidl-steinberg.com