IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | | : | Bankruptcy No.17-23103 CMB |
| | Christopher Blazeyewski | : | Chapter 13 |
| | Diane Blazeyewski, | : | |
| | Debtors | : | Related to Docket No. 51 |
| | | : | |
| | Christopher Blazeyewski | : | |
| | Diane Blazeyewski, | : | |
| | Movants | : | |
| | | : | |
| v. | | : | |
| | | : | |
| | Selene Finance | : | |
| | Respondent | : | |

## CERTIFICATE OF SERVICE OF INTERIM MORTGAGE MODIFICATION ORDER

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on January 11, 2018

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: Electronic Notification.

EXECUTED ON:


Chapter 13 Trustee
LMP@chatper13trusteedpa.com


          By: /s/ Kenneth Steidl
          Kenneth Steidl, Esquire
          Attorney for the Debtor(s)
          STEIDL & STEINBERG, P.C.
          Suite 2830 - Gulf Tower
          707 Grant Street, Pittsburgh, PA  15219
          (412) 391-8000
          P.A.I.D. No. 34965
          ken.steidl@steidl-steinberg.com