PROCEEDING MEMO

Date: 01/17/2018   10:00 am

In re: Christopher Blazeyewski and
Diane Blazeyewski

Bankruptcy No. 17-23103-CMB
Chapter: 13
Doc. # 46

Appearances: Winnecour / Pail / Katz, ~~Kenneth~~ Julie Steidl ✓

*Christopher Blazeyewski present*

Movant(s):

Respondents:

Creditor(s):

Nature of Proceeding: #46 Rule to Show Cause for Debtors' Failure to Attend 341 Meetings of Creditors

Additional Pleadings:

Judge's Notes:

Outcome:

- Problem w/ ID.
- §341 to be rescheduled one more time. If debtors don't appear case to be dismissed w/o further hearing.

_____ Motion is GRANTED _____Order entered
_____ Motion is DENIED_____Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED     Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED     Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____days
_____ CONTINUED MATTER:  _____for at least _____days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:   Movant(s) brief due _____days
                             Respondent(s) brief due _____days
                             Trustee's brief due _____days

Carlota M. Böhm
U.S. Bankruptcy Judge

FILED
1/18/18 8:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA