**Form 149**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Christopher Blazeyewski**
**Diane Blazeyewski**
**aka Diane Phillips Blazeyewski**
    Debtor(s)

Bankruptcy Case No.: 17–23103–CMB
Issued Per Feb. 12, 2018 Proceeding
Chapter: 13
Docket No.: 60 – 14
Concil. Conf.: June 14, 2018 at 11:30 AM

## ORDER OF COURT CONFIRMING PLAN AS MODIFIED
## AND SETTING DEADLINES FOR CERTAIN ACTIONS

### *(1.)  PLAN CONFIRMATION:*

      IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated August 16, 2017 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐  A.    For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐  B.    The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☑  C.    Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. ***A final plan conciliation conference will be held on Jun. 14, 2018 at 11:30 AM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.*** If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☑  D.    Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐  E.    The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐  F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑  G.    The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Borough of Brentwood and Brentwood School District Earned Income Tax at Claim No. 2; Borough of Brentwood School District at Claim No. 3 .

☐  H.    Additional Terms:

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE
ESTABLISHED:*

**A.        Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become
final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision
of this Confirmation Order must file a written objection within that twenty−eight (28) day period.
Failure to timely object shall be deemed a waiver of all objections and an acceptance of the
provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation
order upon it's entry.

**B.        Applications to retain brokers, sales agents, or other professionals.** If the Plan
contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file
motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.        Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR
3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed
and shall file objections to any disputed claims within ninety (90) days after the claims bar date or,
for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an
objection, the proof of claim will govern as to the classification and amount of the claim. Objections
filed after the ninety (90) days specified herein shall be deemed untimely.

**D.        Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the
priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be
filed within ninety (90) days after the claims bar date.

**E.        Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the
priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an
amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the
amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the
claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be
underfunded.

*(3.)*   ***IT IS FURTHER ORDERED THAT:***

**A.**      After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**      Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**      Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**      Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**      The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**      In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Dated: February 21, 2018

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-23103-CMB
Christopher Blazeyewski                                                  Chapter 13
Diane Blazeyewski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 3              Date Rcvd: Feb 21, 2018
                             Form ID: 149             Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2018.
```
db/jdb          +Christopher Blazeyewski,   Diane Blazeyewski,   111 Kaplan Avenue,   Pittsburgh, PA 15227-2415
cr              +Atlantica, LLC,   c/o Weinstein & Riley, P.S.,   11101 West 120th Avenue #280,
                 Broomfield, CO 80021-2756
cr              +Borough of Brentwood & Brentwood Borough School di,   437 Grant Street, 14th Floor,
                 Frick Building,   Frick Building,   Pittsburgh, PA  15219,   UNITED STATES 15219-6101
cr              +Brentwood Borough,   c/o Michael C. Mazack, Esquire,   Tucker Arensberg, PC,
                 1500 One PPG Place,   Pittsburgh, PA 15222-5413
cr              +Brentwood Borough School District,   c/o Michael C. Mazack, Esquire,   Tucker Arensberg, PC,
                 1500 One PPG Place,   Pittsburgh, PA 15222-5413
cr              +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14669145         AHN Emergency Group of Jefferson,   Attn #19021N,   PO Box 14000,   Belfast, ME 04915-4033
14669147        +APM Collections Dept,   7000 Stonewood Drive,   Suite 151,   Wexford, PA 15090-7376
14669146         Allegheny County,   c/o John Weinstein, County Treasurer,   PO Box 643385,
                 Pittsburgh, PA 15264-3385
14669148        +Associates in Neurology,   5750 Centre Avenue, Suite 100,   Pittsburgh, PA 15206-3762
14708302        +Borough of Brentwood & Brentwood School District,   Goehring, Rutter & Boehm,
                 c/o Jeffrey R. Hunt, Esquire,   437 Grant Street, 14th Floor,   Frick Building,
                 Pittsburgh, PA 15219-6101
14708319        +Borough of Brentwood School District,   Goehring, Rutter & Boehm,
                 c/o Jeffrey R. Hunt, Esquire,   437 Grant Street, 14th Floor,   Frick Building,
                 Pittsburgh, PA 15219-6101
14669150        +Brentwood Borough,   Fay K. Boland,   3730 Brownsville Road,   Pittsburgh, PA 15227-3562
14669151        +Brentwood Borough School District,   c/o Tucker Arnsberg P.C.,   1500 One PPG Place,
                 Pittsburgh, PA 15222-5416
14669152        +Brentwood EMS,   PO Box 8,   Indiana, PA 15701-0008
14669153        +Bureau of UC Benefits,   Attn: UI Payment Services,   PO Box 67503,   Harrisburg, PA 17106-7503
14669155        +Capital One,   c/o RLG Law Group,   409 Lackawanna Avenue, Suite 320,   Scranton, PA 18503-2059
14677818         Capital One Bank,   PO Box 30285,   Salt Lake City, UT 84130-0285
14669157         Cognitive Medicine Practice,   c/o Penn Credit,   916 S. 14th Street,   PO Box 988,
                 Harrisburg, PA 17108-0988
14669160        +Foundation Radiology Group,   350 N. Orleans Street, Floor 8,   Dept. 6235,
                 Chicago, IL 60654-1975
14669159         Foundation Radiology Group,   c/o Scheer, Green & Burke Co LPA,   PO Box 1312,
                 Toledo, OH 43603-1312
14669161         H&R Block,   c/o CCB Credit Services Inc.,   PO Box 272,   Springfield, IL 62705-0272
14669162        +Jack Mannheimer MD,   500 Lewis Run Road,   West Mifflin, PA 15122-3056
14669163        +Jefferson Hills Ambulance Association,   2121 Century Drive,   Jefferson Hills, PA 15025-3627
14669166         Jefferson Hospital,   PO Box 643054,   Pittsburgh, PA 15264-3054
14669168         Jefferson Internal Medicine,   575 Coal Valley Road,   Suite 374,   Clairton, PA 15025-3739
14669169         Ladani Medical Associates, LLC,   2409 Brownsville Rd.,   Pittsburgh, PA 15210-4503
14669171         Partners In Neuro and Endo,   5171 Liberty Avenue,   Pittsburgh, PA 15224-2254
14669172         Peoples Natural Gas,   PO Box 9037,   Addison, TX 75001-9037
14669173        +Personal Touch Home Care of PA,   160 North Craig Street,   Pittsburgh, PA 15213-2717
14669174         Pittsburgh Infectious Diseases LTD,   Suite C - 101 Drake Road,   Pittsburgh, PA 15241-1556
14669175        +Pittsburgh Pulmonary & Critical Care,   1200 Brooks Lane, Suite 180,
                 Jefferson Hills, PA 15025-3769
14669176        +Selene Finance,   PO Box 71243,   Philadelphia, PA 19176-6243
14669177        +Selene Finance,   c/o Shapiro & Denardo, LLC,   3600 horizon Drive, Suite 150,
                 King of Prussia, PA 19406-4702
14669178        +South Hills Gastro Assoc LLC,   PO Box 615,   Connellsville, PA 15425-0615
14669179         Target Card Services & TD Bank USA,   3901 West 53rd Street,   Sioux Falls, SD 57106-4216
14669180         Volkweins Music,   c/o CBCS,   PO Box 2724,   Columbus, OH 43216-2724
14669181        +Walmart & GE Money Bank,   c/o Portfolio Recovery Associates,   PO Box 12903,
                 Norfolk, VA 23541-0903

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14749464        +E-mail/Text: bkteam@selenefinance.com Feb 22 2018 02:16:20     Atlantica, LLC,
                 c/o Selene Finance,   9990 Richmond Ave, Suite 400 South,   Houston, TX 77042-4546
14669158         E-mail/Text: bankruptcies@escallate.com Feb 22 2018 02:16:15     Escallate, LLC,
                 PO Box 645425,   Cincinnati, OH 45264-5425
14669164         E-mail/Text: bankruptcies@escallate.com Feb 22 2018 02:16:15     Jefferson Hospital,
                 c/o Escallate, LLC,   PO Box 645425,   Cincinnati, OH 45264-5425
14669170        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 22 2018 02:16:47     PA Department of Revenue,
                 Bankruptcy Division,   P.O. Box 280946,   Harrisburg, PA 17128-0946
14750123         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 22 2018 02:34:25
                 Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
14669545        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 22 2018 02:35:05
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14678790         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 22 2018 02:16:47
                 Pennsylvania Department of Revenue,   Bankruptcy Division, PO Box 280946,
                 Harrisburg PA 17128-0946
```

```
District/off: 0315-2          User: jhel            Page 2 of 3           Date Rcvd: Feb 21, 2018
                              Form ID: 149          Total Noticed: 46


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14709780           E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 22 2018 02:34:29       Verizon,
                   by American InfoSource LP as agent,    PO Box 248838,   Oklahoma City, OK  73124-8838
                                                                                       TOTAL: 8


               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CERASTES, LLC
cr              Duquesne Light Company
14749572        Duquesne Light Company
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14677808*       AHN Emergency Group of Jefferson,    Attn #19021N,   PO Box 14000,   Belfast, ME 04915-4033
14677809*      +APM Collections Dept,   7000 Stonewood Drive,    Suite 151,   Wexford, PA 15090-7376
14669149*      +Associates in Neurology,   5750 Centre Avenue, Suite 100,   Pittsburgh, PA 15206-3762
14677810*      +Associates in Neurology,   5750 Centre Avenue, Suite 100,   Pittsburgh, PA 15206-3762
14677811*      +Associates in Neurology,   5750 Centre Avenue, Suite 100,   Pittsburgh, PA 15206-3762
14677812*      +Brentwood Borough School District,    c/o Tucker Arnsberg P.C.,   1500 One PPG Place,
                 Pittsburgh, PA 15222-5416
14677813*      +Brentwood EMS,   PO Box 8,   Indiana, PA 15701-0008
14669154*      +Bureau of UC Benefits,    Attn: UI Payment Services,   PO Box 67503,   Harrisburg, PA 17106-7503
14677814*      +Bureau of UC Benefits,    Attn: UI Payment Services,   PO Box 67503,   Harrisburg, PA 17106-7503
14677815*      +Bureau of UC Benefits,    Attn: UI Payment Services,   PO Box 67503,   Harrisburg, PA 17106-7503
14669156*      +Capital One,   c/o RLG Law Group,   409 Lackawanna Avenue, Suite 320,   Scranton, PA 18503-2059
14677816*      +Capital One,   c/o RLG Law Group,   409 Lackawanna Avenue, Suite 320,   Scranton, PA 18503-2059
14677817*      +Capital One,   c/o RLG Law Group,   409 Lackawanna Avenue, Suite 320,   Scranton, PA 18503-2059
14677819*       Cognitive Medicine Practice,   c/o Penn Credit,   916 S. 14th Street,   PO Box 988,
                 Harrisburg, PA 17108-0988
14677820*       Escallate, LLC,   PO Box 645425,   Cincinnati, OH 45264-5425
14677822*      +Foundation Radiology Group,   350 N. Orleans Street, Floor 8,    Dept. 6235,
                 Chicago, IL 60654-1975
14677821*       Foundation Radiology Group,   c/o Scheer, Green & Burke Co LPA,    PO Box 1312,
                 Toledo, OH 43603-1312
14677823*       H&R Block,   c/o CCB Credit Services Inc.,   PO Box 272,   Springfield, IL 62705-0272
14677824*      +Jack Mannheimer MD,   500 Lewis Run Road,   West Mifflin, PA 15122-3056
14677825*      +Jefferson Hills Ambulance Association,    2121 Century Drive,   Jefferson Hills, PA 15025-3627
14669165*       Jefferson Hospital,   c/o Escallate, LLC,   PO Box 645425,   Cincinnati, OH 45264-5425
14677826*       Jefferson Hospital,   c/o Escallate, LLC,   PO Box 645425,   Cincinnati, OH 45264-5425
14677827*       Jefferson Hospital,   c/o Escallate, LLC,   PO Box 645425,   Cincinnati, OH 45264-5425
14669167*       Jefferson Hospital,   PO Box 643054,   Pittsburgh, PA 15264-3054
14677828*       Jefferson Hospital,   PO Box 643054,   Pittsburgh, PA 15264-3054
14677829*       Jefferson Hospital,   PO Box 643054,   Pittsburgh, PA 15264-3054
14677830*       Jefferson Internal Medicine,   575 Coal Valley Road,   Suite 374,   Clairton, PA 15025-3739
14677831*       Ladani Medical Associates, LLC,   2409 Brownsville Rd.,   Pittsburgh, PA 15210-4503
14677832*      +PA Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,   Harrisburg, PA 17128-0946
14677833*       Partners In Neuro and Endo,   5171 Liberty Avenue,   Pittsburgh, PA 15224-2254
14677834*       Peoples Natural Gas,   PO Box 9037,   Addison, TX 75001-9037
14677835*      +Personal Touch Home Care of PA,   160 North Craig Street,   Pittsburgh, PA 15213-2717
14677836*       Pittsburgh Infectious Diseases LTD,   Suite C - 101 Drake Road,   Pittsburgh, PA 15241-1556
14677837*      +Pittsburgh Pulmonary & Critical Care,   1200 Brooks Lane, Suite 180,
                 Jefferson Hills, PA 15025-3769
14677839*      +Selene Finance,   c/o Shapiro & Denardo, LLC,   3600 horizon Drive, Suite 150,
                 King of Prussia, PA 19406-4702
14677838*      +Selene Finance,   PO Box 71243,   Philadelphia, PA 19176-6243
14677840*      +South Hills Gastro Assoc LLC,   PO Box 615,   Connellsville, PA 15425-0615
14677841*       Target Card Services & TD Bank USA,   3901 West 53rd Street,   Sioux Falls, SD 57106-4216
14677842*       Volkweins Music,   c/o CBCS,   PO Box 2724,   Columbus, OH 43216-2724
14677843*      +Walmart & GE Money Bank,   c/o Portfolio Recovery Associates,   PO Box 12903,
                 Norfolk, VA 23541-0903
                                                                   TOTALS: 3, * 41, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2018                                Signature:  /s/Joseph Speetjens

District/off: 0315-2          User: jhel              Page 3 of 3              Date Rcvd: Feb 21, 2018
                             Form ID: 149            Total Noticed: 46

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2018 at the address(es) listed below:

        Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
     acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

        James  Warmbrodt    on behalf of Creditor    CERASTES, LLC bkgroup@kmllawgroup.com

        Jeffrey R. Hunt    on behalf of Creditor    Borough of Brentwood & Brentwood Borough School
     district jhunt@grblaw.com,   cnoroski@grblaw.com

        Kenneth  Steidl    on behalf of Joint Debtor Diane  Blazeyewski julie.steidl@steidl-steinberg.com,
     ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
     nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
     inberg.com

        Kenneth  Steidl    on behalf of Debtor Christopher  Blazeyewski julie.steidl@steidl-steinberg.com,
     ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
     nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
     inberg.com

        Lisa  Cancanon    on behalf of Creditor    Atlantica, LLC lisac@w-legal.com

        Michael C. Mazack    on behalf of Creditor    Brentwood Borough School District
     mmazack@tuckerlaw.com,   agilbert@tuckerlaw.com

        Michael C. Mazack    on behalf of Creditor    Brentwood Borough mmazack@tuckerlaw.com,
     agilbert@tuckerlaw.com

        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
     Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

                                     TOTAL: 11