IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No.17-23103 CMB |
| Christopher Blazeyewski | : | |
| Diane Blazeyewski, | : | Chapter 13 |
| Debtors | : | |
| | : | |
| Christopher Blazeyewski | : | |
| Diane Blazeyewski, | : | Related to Doc. No. 62 |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| Selene Finance | : | |
| Respondent | : | |

### ORDER OF COURT

A *Loss Mitigation Order* dated September 19, 2017, was entered in the above matter at Document No. 29. On March 15, 2018, a *Motion to Extend the Loss Mitigation Period* was filed by Debtors at Document No. 62.

*AND NOW*, this 2nd day of April, 2018, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended* up to and including May 15, 2018.

_____
Honorable Carlotta M. Bohm    **dmr**
U.S. Bankruptcy Judge

FILED
4/2/18 9:01 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Christopher Blazeyewski
Diane Blazeyewski
    Debtors

Case No. 17-23103-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: dric                    Page 1 of 1                  Date Rcvd: Apr 02, 2018
                            Form ID: pdf900               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2018.
db/jdb         +Christopher Blazeyewski,    Diane Blazeyewski,    111 Kaplan Avenue,    Pittsburgh, PA 15227-2415

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2018 at the address(es) listed below:
      Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
       acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
      James   Warmbrodt     on behalf of Creditor    CERASTES, LLC bkgroup@kmllawgroup.com
      Jeffrey R. Hunt    on behalf of Creditor    Borough of Brentwood & Brentwood Borough School
       district jhunt@grblaw.com,    cnoroski@grblaw.com
      Kenneth   Steidl    on behalf of Debtor Christopher  Blazeyewski julie.steidl@steidl-steinberg.com,
       ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
       nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
       inberg.com
      Kenneth   Steidl    on behalf of Joint Debtor Diane  Blazeyewski julie.steidl@steidl-steinberg.com,
       ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
       nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
       inberg.com
      Lisa   Cancanon    on behalf of Creditor    Atlantica, LLC lisac@w-legal.com
      Michael C. Mazack    on behalf of Creditor    Brentwood Borough School District
       mmazack@tuckerlaw.com,    agilbert@tuckerlaw.com
      Michael C. Mazack    on behalf of Creditor    Brentwood Borough mmazack@tuckerlaw.com,
       agilbert@tuckerlaw.com
      Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
       Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                      TOTAL: 11