IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No.17-23103 CMB |
| Christopher Blazeyewski | : | Chapter 13 |
| Diane Blazeyewski, | : | |
| Debtors | : | Related to Docket No. 65 |
| | : | |
| Christopher Blazeyewski | : | Hearing Date and Time: |
| Diane Blazeyewski, | : | May 4, 2018 at 9:30 AM |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| Selene Finance | : | |
| Respondent | : | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on April 5, 2018, a true and correct copy of the *Motion for Status Conference along with the Order of Court* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour
Suite 3250, US Steel Tower
600 Grant Street
Pittsburgh, PA  15219

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15219

Selene Finance
c/o Shapiro & Denardo, LLC
3600 Horizon Drive
Suite 150
King of Prussia, Pa 19406

Christopher & Diane Blazeyewski
111 Kaplan Avenue
Pittsburgh, Pa 15227

Jordyn Robertson
Weinstein & Riley, P.S.
2001 Western Ave. Suite 400
Seattle, WA 98121

Lisa Cancanon
Weinstein & Riley, P.S.
11101 West 120th Ave. #280
Broomfield, CO 80021

Date of Service: April 5, 2018

/s/ Kenneth Steidl_____
Kenneth Steidl, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
707 Grant Street
Suite 2830, Gulf Tower
Pittsburgh, PA 15219
(412) 391-8000
Ken.steidl@steidl-steinberg.com
PA I.D. No. 34965