IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No.17-23103 CMB |
| Christopher Blazeyewski | : | |
| Diane Blazeyewski, | : | Chapter 13 |
| Debtors | : | |
| | : | |
| Christopher Blazeyewski | : | **Related to Doc. No. 29** |
| Diane Blazeyewski, | : | |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| Selene Finance | : | |
| Respondent | : | |

## ORDER OF COURT

AND NOW, to wit, this ___4th___ day of ___April___, 2018, it is hereby ORDERED, ADJUDGED, and DECREED, that a Status Conference shall be held on ___May 4___, 2018 at ___9:30 A.M.___ o'clock in Courtroom B, 54th Floor U. S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. A representative of the Debtor and a Representative of appointed counsel Weinstein & Riley, P.S. is hereby ordered to attend this Status Conference.

_____
Honorable Carlotta M. Bohm
U.S. Bankruptcy Judge

FILED
4/4/18 11:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Christopher Blazeyewski
Diane Blazeyewski
    Debtors

Case No. 17-23103-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dric    Page 1 of 1    Date Rcvd: Apr 04, 2018
               Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2018.
db/jdb      +Christopher Blazeyewski,   Diane Blazeyewski,   111 Kaplan Avenue,   Pittsburgh, PA 15227-2415

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2018 at the address(es) listed below:
           Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
      acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
           James Warmbrodt    on behalf of Creditor    CERASTES, LLC bkgroup@kmllawgroup.com
           Jeffrey R. Hunt    on behalf of Creditor    Borough of Brentwood & Brentwood Borough School
      district jhunt@grblaw.com,    cnoroski@grblaw.com
           Kenneth Steidl    on behalf of Debtor Christopher Blazeyewski julie.steidl@steidl-steinberg.com,
      ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
      nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
      inberg.com
           Kenneth Steidl    on behalf of Joint Debtor Diane Blazeyewski julie.steidl@steidl-steinberg.com,
      ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
      nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
      inberg.com
           Lisa Cancanon    on behalf of Creditor    Atlantica, LLC lisac@w-legal.com
           Michael C. Mazack    on behalf of Creditor    Brentwood Borough School District
      mmazack@tuckerlaw.com,    agilbert@tuckerlaw.com
           Michael C. Mazack    on behalf of Creditor    Brentwood Borough mmazack@tuckerlaw.com,
      agilbert@tuckerlaw.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
           S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
      Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                                     TOTAL: 11