# PROCEEDING MEMO

Date: 5/4/2018   9:30 A.M.

In re: Christopher Blazeyewski
Diane Blazeyewski

Bankruptcy No. 17-23103-CMB
Chapter: 13
Doc. # 29

Appearances: Winnecour / Pail / Katz / DeSimone, Kenneth Steidl
_Lauren Rannt_ ✓

Movant(s):

Respondents:

Creditor(s):

Nature of Proceeding:   #29 Status Conference on Loss Mitigation Between Debtors and Selene Finance

Additional Pleadings: Certificate of Service

Judge's Notes:

Outcome:

_____ Motion is GRANTED  _____ Order entered
_____ Motion is DENIED _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED       Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED       Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER:   _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:   Movant(s) brief due _____ days
Respondent(s) brief due _____ days
Trustee's brief due _____ days

Handwritten notes:
- Cont May 16 at 10:00.
- next week atty Rannt to supply Order.
- Some Representative of Wunden & Riley P.S. not present. Will be fined $1000 if does not have adequate explanation for not appearing today pursuant to Ct. Order.

Carlota M. Böhm
U.S. Bankruptcy Judge

FILED
5/4/18 11:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Christopher Blazeyewski
Diane Blazeyewski
    Debtors

Case No. 17-23103-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dric    Page 1 of 1    Date Rcvd: May 04, 2018
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2018.
db/jdb         +Christopher Blazeyewski,   Diane Blazeyewski,   111 Kaplan Avenue,   Pittsburgh, PA 15227-2415

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2018 at the address(es) listed below:
      Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
       acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
      James  Warmbrodt    on behalf of Creditor    CERASTES, LLC bkgroup@kmllawgroup.com
      Jeffrey R. Hunt    on behalf of Creditor    Borough of Brentwood & Brentwood Borough School
       district jhunt@grblaw.com,   cnoroski@grblaw.com
      Kenneth  Steidl    on behalf of Debtor Christopher  Blazeyewski julie.steidl@steidl-steinberg.com,
       ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
       nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
       inberg.com
      Kenneth  Steidl    on behalf of Joint Debtor Diane  Blazeyewski julie.steidl@steidl-steinberg.com,
       ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
       nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
       inberg.com
      Lisa  Cancanon    on behalf of Creditor    Atlantica, LLC lisac@w-legal.com
      Michael C. Mazack    on behalf of Creditor    Brentwood Borough School District
       mmazack@tuckerlaw.com,   agilbert@tuckerlaw.com
      Michael C. Mazack    on behalf of Creditor    Brentwood Borough mmazack@tuckerlaw.com,
       agilbert@tuckerlaw.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
       Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                             TOTAL: 11