IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Christopher Blazeyewski | : | Case No. 17-23103 CMB |
| Diane Blazeyewski | : | Chapter 13 |
| Debtors | : | Document No. |
| | : | Related to Document No. 69 |
| Christopher Blazeyewski | : | |
| Diane Blazeyewski | : | |
| Movants | : | Hearing Date: May 16, 2018 |
| | : | @ 10:00 a.m. |
| vs. | : | |
| | : | |
| Selene Finance | : | |
| Respondents | : | |

## ORDER OF COURT

AND NOW, to wit, this _____ day of _____, 2018, it is hereby ORDERED, ADJUDGED, and DECREED that:

1) A status conference on loss mitigation between the Debtors and Selene Finance was held on May 4, 2018 at 9:30 a.m.;
2) Counsel for Selene Finance failed to appear at that status conference, even though they were ordered to do so;
3) A rescheduled status conference is scheduled for May 16, 2018, at 10:00 a.m. in Courtroom B, 54th Floor-USX Tower, 600 Grant St., Pittsburgh, PA 15219;
4) Weinstein and Reilly, the attorneys of record for Selene Finance in this bankruptcy proceeding, are **ordered** to attend the rescheduled status conference;
5) At the rescheduled status conference, Weinstein and Reilly will be ordered to provide an explanation as to their absence from the originally scheduled status conference. Failure to provide an adequate explanation will result in the assessment of a $1,000.00 fine by this Honorable Court against Weinstein and Reilly.

FURTHER ORDERED:

_____
Hon. Carlota M. Bohm
U.S. Bankruptcy Judge