IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No.17-23103 CMB |
| Christopher Blazeyewski | : | Chapter 13 |
| Diane Blazeyewski, | : | |
| Debtors | : | Related to Docket No. 72 |
| | : | |
| Christopher Blazeyewski | : | Hearing Date and Time: |
| Diane Blazeyewski, | : | May 16, 2018 at 10:00 AM |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| Selene Finance | : | |
| Respondent | : | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on May 10, 2018, a true and correct copy of the *Order of Court dated May 9, 2018* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour
Suite 3250, US Steel Tower
600 Grant Street
Pittsburgh, PA  15219

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15219

Selene Finance
c/o Shapiro & Denardo, LLC
3600 Horizon Drive
Suite 150
King of Prussia, Pa 19406

Christopher & Diane Blazeyewski
111 Kaplan Avenue
Pittsburgh, Pa 15227

Jordyn Robertson, Authorized Representative
Weinstein & Riley, P.S.
2001 Western Ave. Suite 400
Seattle, WA 98121

Lisa Cancanon, Esquire
Weinstein & Riley, P.S.
11101 West 120th Ave. #280
Broomfield, CO 80021

Selene Finance
9990 Richmond Avenue
Suite 400 South
Houston, TX 77042

Service also made by fax:

Lisa Cancanon, Esquire
206-269-3493

Service also made by e-mail:

Lisa Cancanon, Esquire
lisac@w-legal.com

Jordyn Robertson, Authorized Representative
bncmail@w-legal.com

Date of Service: May 10, 2018          /s/ Kenneth Steidl_____
                                       Kenneth Steidl, Esquire
                                       Attorney for the Debtor

                                       STEIDL & STEINBERG
                                       707 Grant Street
                                       Suite 2830, Gulf Tower
                                       Pittsburgh, PA 15219
                                       (412) 391-8000
                                       Ken.steidl@steidl-steinberg.com
                                       PA I.D. No. 34965