IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Christopher Blazeyewski | : | Case No. 17-23103 CMB |
| Diane Blazeyewski | : | Chapter 13 |
| Debtors | : | Document No. |
| | : | Related to Document No. 69 |
| Christopher Blazeyewski | : | |
| Diane Blazeyewski | : | |
| Movants | : | Hearing Date: May 16, 2018 |
| | : | @ 10:00 a.m. |
| vs. | : | |
| | : | |
| Selene Finance | : | |
| Respondents | : | |

## ORDER OF COURT

AND NOW, to wit, this ___9th___ day of ___May___, 2018, it is hereby ORDERED, ADJUDGED, and DECREED that:

1) A status conference on loss mitigation between the Debtors and Selene Finance was held on May 4, 2018 at 9:30 a.m.;
2) Counsel for Selene Finance failed to appear at that status conference, even though they were ordered to do so;
3) A rescheduled status conference is scheduled for May 16, 2018, at 10:00 a.m. in Courtroom B, 54th Floor-USX Tower, 600 Grant St., Pittsburgh, PA 15219;
4) Weinstein and Reilly, the attorneys of record for Selene Finance in this bankruptcy proceeding, are **ordered** to attend the rescheduled status conference;
5) At the rescheduled status conference, Weinstein and Reilly will be ordered to provide an explanation as to their absence from the originally scheduled status conference. Failure to provide an adequate explanation will result in the assessment of a $1,000.00 fine by this Honorable Court against Weinstein and Reilly.

~~FURTHER ORDERED:~~

**FILED**

MAY 9 2018

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

Hon. Carlota M. Bohm
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-23103-CMB
Christopher Blazeyewski                                                 Chapter 13
Diane Blazeyewski
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: dsaw              Page 1 of 1             Date Rcvd: May 09, 2018
                            Form ID: pdf900         Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2018.
db/jdb         +Christopher Blazeyewski,   Diane Blazeyewski,   111 Kaplan Avenue,   Pittsburgh, PA 15227-2415
               +Jordyn Robertson,   Weinstein & Riley, PS,   2001 Western Ave., Suite 400,
                 Seattle, WA 98121-3132
               +Lisa Cancanon,   Weinstein & Riley PS,   11101 West 120th Ave. #280,
                 Broomfield, CO 80021-2756
14669176       +Selene Finance,   PO Box 71243,   Philadelphia, PA 19176-6243
14669177       +Selene Finance,   c/o Shapiro & Denardo, LLC,   3600 horizon Drive, Suite 150,
                 King of Prussia, PA 19406-4702
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14677839*      +Selene Finance,   c/o Shapiro & Denardo, LLC,   3600 horizon Drive, Suite 150,
                 King of Prussia, PA 19406-4702
14677838*      +Selene Finance,   PO Box 71243,   Philadelphia, PA 19176-6243
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2018 at the address(es) listed below:
          Allison L. Carr    on behalf of Creditor   Duquesne Light Company acarr@bernsteinlaw.com,
           acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
          James Warmbrodt    on behalf of Creditor   CERASTES, LLC bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor   Borough of Brentwood & Brentwood Borough School
           district jhunt@grblaw.com,   cnoroski@grblaw.com
          Kenneth Steidl    on behalf of Joint Debtor Diane  Blazeyewski julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
           inberg.com
          Kenneth Steidl    on behalf of Debtor Christopher  Blazeyewski julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
           inberg.com
          Lisa Cancanon    on behalf of Creditor   Atlantica, LLC lisac@w-legal.com
          Michael C. Mazack    on behalf of Creditor   Brentwood Borough mmazack@tuckerlaw.com,
           agilbert@tuckerlaw.com
          Michael C. Mazack    on behalf of Creditor   Brentwood Borough School District
           mmazack@tuckerlaw.com,   agilbert@tuckerlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 11