# PROCEEDING MEMO

**Date:** 5/16/2018   10:00 A.M.

**In re:** Christopher Blazeyewski
Diane Blazeyewski

Bankruptcy No. 17-23103-CMB
Chapter: 13
Doc. # 29

**Appearances:** ~~Winnecour / Pail / Katz /~~ DeSimone, ~~Kenneth Steidl, Lauren Lamb~~
Julie Steidl for Debtors

**Movant(s):**

**Respondents:**

**Creditor(s):** James Prostko for Salene Finance; Ms. Cancannon for Salene Finance

**Nature of Proceeding:** #29 Continued Status Conference on Loss Mitigation Between Debtors and Selene Finance

**Additional Pleadings:** Certificate of Service

**Judge's Notes:** Per Ms. Cancannon, there was a miscalendaring and apologizes.
Per Ms. Steidl, there is a loan modification and understands calendaring mistakes.

**Outcome:** Court asked Ms. Cancannon to be careful in future.

_____ Motion is GRANTED _____ Order entered      **Matter concluded.**
_____ Motion is DENIED _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED       Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED       Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER: _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:    Movant(s) brief due _____ days
Respondent(s) brief due _____ days
Trustee's brief due _____ days

Carlota M. Böhm
U.S. Bankruptcy Judge

FILED
5/16/18 4:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA