IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No.17-23103 CMB |
| Christopher Blazeyewski | : | |
| Diane Blazeyewski, | : | Chapter 13 |
| Debtors | : | |
| | : | Related to Doc. No. 75 |
| Christopher Blazeyewski | : | |
| Diane Blazeyewski, | : | |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| Selene Finance | : | |
| Respondent | : | |

## ORDER OF COURT

A *Loss Mitigation Order* dated September 19, 2017, was entered in the above matter at Document No. 29. On May 15, 2018, a *Second Motion to Extend the Loss Mitigation Period* was filed by Debtors at Document No. 75 .

AND NOW, this 25th day of May, 2018, it is hereby ORDERED, ADJUDGED AND DECREED that the loss mitigation period is *extended up to and including* July 16, 20 18 .

_____
Honorable Carlotta M. Bohm    **dmr**
U.S. Bankruptcy Judge

FILED
5/25/18 11:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                                    Case No. 17-23103-CMB
Christopher Blazeyewski                                                   Chapter 13
Diane Blazeyewski
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dric              Page 1 of 1                  Date Rcvd: May 25, 2018
                              Form ID: pdf900         Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2018.
```
db/jdb         +Christopher Blazeyewski,    Diane Blazeyewski,    111 Kaplan Avenue,    Pittsburgh, PA 15227-2415
14669176       +Selene Finance,    PO Box 71243,    Philadelphia, PA 19176-6243
14669177       +Selene Finance,    c/o Shapiro & Denardo, LLC,    3600 horizon Drive, Suite 150,
                 King of Prussia, PA 19406-4702
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14677839*       +Selene Finance,    c/o Shapiro & Denardo, LLC,    3600 horizon Drive, Suite 150,
                  King of Prussia, PA 19406-4702
14677838*       +Selene Finance,    PO Box 71243,    Philadelphia, PA 19176-6243
                                                                                     TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2018 at the address(es) listed below:
```
              Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
               acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
              James Warmbrodt    on behalf of Creditor    CERASTES, LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Brentwood & Brentwood Borough School
               district jhunt@grblaw.com,    cnoroski@grblaw.com
              Kenneth Steidl    on behalf of Joint Debtor Diane  Blazeyewski julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
               inberg.com
              Kenneth Steidl    on behalf of Debtor Christopher  Blazeyewski julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
               inberg.com
              Lisa Cancanon    on behalf of Creditor    Atlantica, LLC lisac@w-legal.com
              Michael C. Mazack    on behalf of Creditor    Brentwood Borough mmazack@tuckerlaw.com,
               agilbert@tuckerlaw.com
              Michael C. Mazack    on behalf of Creditor    Brentwood Borough School District
               mmazack@tuckerlaw.com,    agilbert@tuckerlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 11
```