## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| Debtor: | CHRISTOPHER & DIANE BLAZEYEWSKI |
| Case Number: | 17-23103-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, JUNE 14, 2018 11:30 AM    3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
6/19/18 4:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#14 - Final Confirmation of Plan Dated 8/16/2017 (NFC)
R / M #: 14 / 0

*Appearances:*

Debtor: K Sieal
Trustee: Winnecour / Pail / Katz / **DeSimone**
Creditor:

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. ✓ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to **October 11 2018** at **11:30**.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

6/7/2018    2:58:02PM