IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No.17-23103 CMB |
| Christopher Blazeyewski | : | |
| Diane Blazeyewski, | : | Chapter 13 |
|     Debtors | : | |
| | : | |
| Christopher Blazeyewski | : | |
| Diane Blazeyewski, | : | Related to Doc. No. 81 |
|     Movants | : | |
| | : | |
| v. | : | |
| | : | |
| Selene Finance | : | |
|     Respondent | : | |

## ORDER OF COURT

A *Loss Mitigation Order* dated September 19, 2017, was entered in the above matter at Document No. 29. On July 16, 2018, a ***Third Motion to Extend the Loss Mitigation Period*** was filed by Debtors at Document No. 81.

***AND NOW***, this 26th day of July, 2018, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is ***extended*** up to and including September 17, 2018.

_____
Honorable Carlotta M. Bohm    **dmr**
U.S. Bankruptcy Judge

FILED
7/26/18 9:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Christopher Blazeyewski  
Diane Blazeyewski  
    Debtors

Case No. 17-23103-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Jul 26, 2018  
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2018.  
db/jdb        +Christopher Blazeyewski,   Diane Blazeyewski,   111 Kaplan Avenue,   Pittsburgh, PA 15227-2415

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2018                                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2018 at the address(es) listed below:
         James Warmbrodt    on behalf of Creditor    CERASTES, LLC bkgroup@kmllawgroup.com
         Jeffrey R. Hunt    on behalf of Creditor    Borough of Brentwood & Brentwood Borough School district jhunt@grblaw.com, cnoroski@grblaw.com
         Kenneth Steidl    on behalf of Debtor Christopher Blazeyewski julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com
         Kenneth Steidl    on behalf of Joint Debtor Diane Blazeyewski julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com
         Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, DMcKay@bernsteinlaw.com
         Lisa Cancanon    on behalf of Creditor    Atlantica, LLC lisac@w-legal.com
         Michael C. Mazack    on behalf of Creditor    Brentwood Borough School District mmazack@tuckerlaw.com, agilbert@tuckerlaw.com
         Michael C. Mazack    on behalf of Creditor    Brentwood Borough mmazack@tuckerlaw.com, agilbert@tuckerlaw.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                                       TOTAL: 11