IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No.17-23103 CMB |
| Christopher Blazeyewski | : | |
| Diane Blazeyewski, | : | Chapter 13 |
| Debtors | : | |
| | : | Related to Docket No. 86-87 |
| Christopher Blazeyewski | : | |
| Diane Blazeyewski, | : | Hearing Date and Time: |
| Movants | : | September 19, 2018 at 11:00 AM |
| | : | |
| v. | : | |
| | : | |
| Selene Finance | : | |
| Respondent | : | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION TO APPROVE PERMANENT LOAN MODIFICATION WITH SELENE FINANCE OBTAINED THROUGH THE LOSS MITIGATION PROGRAM

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Permanent Loan Modification filed on August 3, 2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Approve Permanent Loan Modification appears thereon. Pursuant to the Notice of Hearing, objections for Motion to Approve Permanent Loan Modification were to be filed and served no later than August 20, 2018**.**

It is hereby respectfully requested that the Order attached to the Motion to Approve Permanent Loan Modification with Selene Finance Chase Obtained Through the Loss Mitigation Program be entered by the Court.

Respectfully submitted,

August 21, 2018                     /s/ Kenneth Steidl_____
Date                                Kenneth Steidl, Esquire
                                    Attorney for the Debtor

                                    STEIDL & STEINBERG
                                    707 Grant Street
                                    Suite 2830, Gulf Tower
                                    Pittsburgh, PA 15219
                                    (412) 391-8000
                                    Ken.steidl@steidl-steinberg.com
                                    PA I.D. No. 34965