IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Christopher Blazeyewski | ) | Case No. 17-23103-CMB |
| Diane Blazeyewski, | ) | |
|     Debtor(s) | ) | Chapter 13 |
| | ) | Related to Document No. 91 |
| | ) | |
| | ) | |
| Christopher Blazeyewski | ) | |
| Diane Blazeyewski, | ) | |
|     Movant(s) | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| No Respondent(s) | ) | |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on September 5, 2018, a true and correct copy of the *Amended Chapter 13 Plan* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

See attached mailing matrix.

Date of Service:    September 5, 2018    /s/ Kenneth Steidl
Kenneth Steidl, Esquire
STEIDL & STEINBERG
28th Floor, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com

```
Label Matrix for local noticing          AHN Emergency Group of Jefferson       APM Collections Dept
0315-2                                   Attn #19021N                           7000 Stonewood Drive
Case 17-23103-CMB                        PO Box 14000                           Suite 151
WESTERN DISTRICT OF PENNSYLVANIA         Belfast, ME 04915-4033                 Wexford, PA 15090-7376
Pittsburgh
Wed Sep  5 14:32:08 EDT 2018

Allegheny County                         Associates in Neurology                Atlantica, LLC
c/o John Weinstein, County Treasurer     5750 Centre Avenue, Suite 100          c/o Weinstein & Riley, P.S.
PO Box 643385                            Pittsburgh, PA 15206-3762              11101 West 120th Avenue #280
Pittsburgh, PA 15264-3385                                                       Broomfield, CO 80021-2756


Atlantica, LLC                           Christopher Blazeyewski                Diane Blazeyewski
c/o Selene Finance                       111 Kaplan Avenue                      111 Kaplan Avenue
9990 Richmond Ave, Suite 400 South       Pittsburgh, PA 15227-2415              Pittsburgh, PA 15227-2415
Houston, TX 77042-4546


Borough of Brentwood & Brentwood Borough Sch   Borough of Brentwood & Brentwood School Dist   Borough of Brentwood School District
Goehring, Rutter, and Boehm              Goehring, Rutter & Boehm               Goehring, Rutter & Boehm
437 Grant Street, 14th Floor             c/o Jeffrey R. Hunt, Esquire           c/o Jeffrey R. Hunt, Esquire
Frick Building                           437 Grant Street, 14th Floor           437 Grant Street, 14th Floor
Frick Building                           Frick Building                         Frick Building
Pittsburgh, PA 15219-6101                Pittsburgh, PA 15219-6101              Pittsburgh, PA 15219-6101

Brentwood Borough                        Brentwood Borough                      Brentwood Borough School District
c/o Michael C. Mazack, Esquire           Fay K. Boland                          c/o Michael C. Mazack, Esquire
Tucker Arensberg, PC                     3730 Brownsville Road                  Tucker Arensberg, PC
1500 One PPG Place                       Pittsburgh, PA 15227-3562              1500 One PPG Place
Pittsburgh, PA 15222-5413                                                       Pittsburgh, PA 15222-5413


Brentwood Borough School District        Brentwood EMS                          Bureau of UC Benefits
c/o Tucker Arnsberg P.C.                 PO Box 8                               Attn: UI Payment Services
1500 One PPG Place                       Indiana, PA 15701-0008                 PO Box 67503
Pittsburgh, PA 15222-5416                                                       Harrisburg, PA 17106-7503


Lisa Cancanon                            Capital One                            Capital One Bank*
Weinstein & Riley, P.S.                  c/o RLG Law Group                      PO Box 30285
11101 West 120th Avenue                  409 Lackawanna Avenue, Suite 320       Salt Lake City, UT 84130-0285
#280                                     Scranton, PA 18503-2059
Broomfield, CO 80021-2756


Cognitive Medicine Practice              Keri P. Ebeck                          Escallate, LLC
c/o Penn Credit                          Bernstein-Burkley                      PO Box 645425
916 S. 14th Street                       707 Grant Street                       Cincinnati, OH 45264-5425
PO Box 988                               Suite 2200 Gulf Tower
Harrisburg, PA 17108-0988                Pittsburgh, PA 15219-1945


Foundation Radiology Group               Foundation Radiology Group             H&R Block
350 N. Orleans Street, Floor 8           c/o Scheer, Green & Burke Co LPA       c/o CCB Credit Services Inc.
Dept. 6235                               PO Box 1312                            PO Box 272
Chicago, IL 60654-1975                   Toledo, OH 43603-1312                  Springfield, IL 62705-0272


Jeffrey R. Hunt                          Jack Mannheimer MD                     Jefferson Hills Ambulance Association
Goehring, Rutter & Boehm                 500 Lewis Run Road                     2121 Century Drive
437 Grant Street                         West Mifflin, PA 15122-3058            Jefferson Hills, PA 15025-3627
14th Floor
Pittsburgh, PA 15219-6107
```

| | | |
|---|---|---|
| Jefferson Hospital<br>PO Box 643054<br>Pittsburgh, PA 15264-3054 | Jefferson Hospital<br>c/o Escallate, LLC<br>PO Box 645425<br>Cincinnati, OH 45264-5425 | Jefferson Internal Medicine<br>575 Coal Valley Road<br>Suite 374<br>Clairton, PA 15025-3739 |
| Ladani Medical Associates, LLC<br>2409 Brownsville Rd.<br>Pittsburgh, PA 15210-4503 | Michael C. Mazack<br>Tucker Arensberg<br>One PPG Place<br>Suite 1500<br>Pittsburgh, PA 15222-5413 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| PA Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Partners In Neuro and Endo<br>5171 Liberty Avenue<br>Pittsburgh, PA 15224-2254 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division, PO Box 280946<br>Harrisburg PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peoples Natural Gas<br>PO Box 9037<br>Addison, TX 75001-9037 |
| Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | Personal Touch Home Care of PA<br>160 North Craig Street<br>Pittsburgh, PA 15213-2717 | Pittsburgh Infectious Diseases LTD<br>Suite C - 101 Drake Road<br>Pittsburgh, PA 15241-1556 |
| Pittsburgh Pulmonary & Critical Care<br>1200 Brooks Lane, Suite 180<br>Jefferson Hills, PA 15025-3769 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Selene Finance<br>PO Box 71243<br>Philadelphia, PA 19176-6243 |
| Selene Finance<br>c/o Shapiro & Denardo, LLC<br>3600 horizon Drive, Suite 150<br>King of Prussia, PA 19406-4702 | South Hills Gastro Assoc LLC<br>PO Box 615<br>Connellsville, PA 15425-0615 | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 |
| Target Card Services & TD Bank USA<br>3901 West 53rd Street<br>Sioux Falls, SD 57106-4216 | Verizon<br>by American InfoSource LP as agent<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 | Volkweins Music<br>c/o CBCS<br>PO Box 2724<br>Columbus, OH 43216-2724 |
| S. James Wallace<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 | Walmart & GE Money Bank<br>c/o Portfolio Recovery Associates<br>PO Box 12903<br>Norfolk, VA 23541-0903 | James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CERASTES, LLC                     (u)Duquesne Light Company              (du)Duquesne Light Company

(d)PRA Receivables Management, LLC   End of Label Matrix
PO Box 41021                         Mailable recipients    57
Norfolk, VA 23541-1021               Bypassed recipients     4
                                     Total                  61