IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Christopher Blazeyewski | ) | Case No. 17-23103 CMB |
| Diane Blazeyewski, | ) | Chapter 13 |
|     Debtor(s) | ) | Related Docket No. 10 |
| | ) | |
| | ) | |
| | ) | |
| Diane Blazeyewski, | ) | |
|     Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Capital One Bank (USA) N.A., | ) | |
|     Respondent(s) | ) | |

## AMENDED CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on September 25, 2018, a true and correct copy of the Notice of Hearing with Response date, *with a copy of the Motion to Avoid Judgment Lien Encumbering Debtor's Real Property* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Certified and First-Class Mail:

Capital One Bank (USA) N.A.
Attn: Michael J. Wassmer, President & Director
4851 Cox Road
Glen Allen, VA 23059

First-Class Mail:

Capital One Bank
PO Box 30285
Salt Lake City, UT 84130-0285

Law Offices of Frederic I. Weinberg, Esquire
375 E. Elm Street, Suite 210
Conshohocken, PA 19428

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

                                                Respectfully submitted,

September 25, 2018                  /s/ Kenneth Steidl
DATE                                      Kenneth Steidl, Esquire
                                                Attorney for the Debtor(s)
                                                STEIDL & STEINBERG
                                                Suite 2830 – Gulf Tower
                                                707 Grant Street
                                                Pittsburgh, PA  15219
                                                (412) 391-8000
                                                ken.steidl@steidl-steinberg.com
                                                PA I. D. No 34965