IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Christopher Blazeyewski | ) | Case No. 17-23103 CMB |
| Diane Blazeyewski, | ) | Chapter 13 |
| Debtor(s) | ) | Document No. |
| | ) | |
| | ) | |
| | ) | |
| Diane Blazeyewski, | ) | |
| Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Portfolio Recovery Associates LLC | ) | |
| Assignee of GE Money Bank, F.S.B./ | ) | |
| Wal-Mart, | ) | |
| Respondent(s) | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on September 25, 2018, a true and correct copy of the Notice of Hearing with Response date, *with a copy of the Motion to Avoid Judgment Lien Encumbering Debtor's Real Property* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Portfolio Recovery Associates LLC
Christopher Lagow, General Counsel
120 Corporate Boulevard
Norfolk, VA 23502

Portfolio Recovery Associates LLC
Attn: Robert Polas, Esquire
120 Corporate Boulevard
Norfolk, VA 23502

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

                Respectfully submitted,

September 25, 2018         /s/ Kenneth Steidl
DATE                            Kenneth Steidl, Esquire
                                    Attorney for the Debtor(s)
                                    STEIDL & STEINBERG
                                    Suite 2830 – Gulf Tower
                                    707 Grant Street
                                    Pittsburgh, PA  15219
                                    (412) 391-8000
                                    ken.steidl@steidl-steinberg.com
                                    PA I. D. No 34965