# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

| | |
|---|---|
| **Debtor:** | CHRISTOPHER & DIANE BLAZEYEWSKI |
| **Case Number:** | 17-23103-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 11, 2018  11:30 AM    3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
10/11/18 4:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#91 Amended Plan Dated 8/28/2018 (NFC)
R / M #:  91 / 0

### Appearances:

Debtor: *A. Steidl*
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor:

*Debtors want to filed another Amended plan*

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. ___ Plan payment/term is increased/extended to _____, effective _____.
7. ___ Plan/Motion continued to _ at _____.
8. ___ An Amended Plan is to be served on all creditors and certificate of service filed by __11/8/18__
    Objections are due on or before __12/6/18__.
    A hearing on the Amended Plan is set for __1/10/19__ at __3:00 pm__.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other: