IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Christopher Blazeyewski ) | Case No. 17-23103 CMB |
| Diane Blazeyewski, ) | Chapter 13 |
| Debtor(s) ) | Document No. 99 |
| ) | |
| ) | |
| ) | |
| Diane Blazeyewski, ) | |
| Movant(s) ) | |
| ) | |
| vs. ) | |
| ) | **ENTERED BY DEFAULT** |
| Capital One Bank (USA) N.A., ) | |
| Respondent(s) ) | |

## ORDER OF COURT

AND NOW, to wit, this ___18th___ day of ___October___, 2018, it is hereby ORDERED, ADJUDGED, and DECREED, that pursuant to 11 U.S.C. §522(f)(1)(A) and 11 U.S.C. §522(f)(2)(A), the judgment lien held by the Respondent, Capital One Bank (USA) N.A. against the Debtor at Allegheny County case number GD-12-024342 in the amount of $1,306.58 is a avoided unless this case is dismissed prior to discharge being entered, at which point the judgment lien is reinstated.

_Carlota M. Bohm_    **dmr**
Honorable Carlota M. Bohm
Chief U. S. Bankruptcy Judge

FILED
10/18/18 11:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 17-23103-CMB
Christopher Blazeyewski                                             Chapter 13
Diane Blazeyewski
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: dric            Page 1 of 1            Date Rcvd: Oct 18, 2018
                             Form ID: pdf900       Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2018.
db/jdb         +Christopher Blazeyewski,   Diane Blazeyewski,   111 Kaplan Avenue,   Pittsburgh, PA 15227-2415
14669155       +Capital One,   c/o RLG Law Group,   409 Lackawanna Avenue, Suite 320,   Scranton, PA 18503-2059

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14677818        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 19 2018 02:17:16     Capital One Bank*,
                 PO Box 30285,   Salt Lake City, UT 84130-0285
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14669156*      +Capital One,   c/o RLG Law Group,   409 Lackawanna Avenue, Suite 320,   Scranton, PA 18503-2059
14677816*      +Capital One,   c/o RLG Law Group,   409 Lackawanna Avenue, Suite 320,   Scranton, PA 18503-2059
14677817*      +Capital One,   c/o RLG Law Group,   409 Lackawanna Avenue, Suite 320,   Scranton, PA 18503-2059
                                                                                     TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    CERASTES, LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Brentwood & Brentwood Borough School
               district jhunt@grblaw.com, cnoroski@grblaw.com
              Kenneth Steidl    on behalf of Joint Debtor Diane Blazeyewski julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Kenneth Steidl    on behalf of Debtor Christopher Blazeyewski julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Lisa Cancanon    on behalf of Creditor    Atlantica, LLC lisac@w-legal.com
              Michael C. Mazack    on behalf of Creditor    Brentwood Borough mmazack@tuckerlaw.com,
               agilbert@tuckerlaw.com
              Michael C. Mazack    on behalf of Creditor    Brentwood Borough School District
               mmazack@tuckerlaw.com, agilbert@tuckerlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 11