**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>**CHRISTOPHER BLAZEYEWSKI,**<br>　　　　　　　　　　　　**Debtor**<br><br>**DIANE BLAZEYEWSKI,** *AKA* **DIANE PHILLIPS BLAZEYEWSKI**<br>　　　　　　　　　　　　**Debtor**<br><br>**SELENE FINANCE AS SERVICER FOR ATLANTICA, LLC**<br>　　　　　　　　　　　　**Movant**<br>　　　　　　　v.<br>**CHRISTOPHER BLAZEYEWSKI and DIANE BLAZEYEWSKI**<br>　　　　　　　and<br>**RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)**<br>　　　　　　　　　　　　**Respondents** | **BK. No.   17-23103-CMB**<br><br>**Chapter No. 13**<br><br>**Document No.** |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF ATLANTICA, LLC TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN**

TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

　　Please take notice that Creditor, Selene Finance as servicer for Atlantica, LLC, hereby withdraws its Limited Objection of Atlantica, LLC to Confirmation of Debtors' Chapter 13 Plan (Docket No. 28) filed on September 15, 2017 in the above-referenced bankruptcy proceeding.

Dated:　November 2, 2018

　　　　　　　　　　　　　　　　　　　　　By: /s/ Lisa Cancanon
　　　　　　　　　　　　　　　　　　　　　Lisa Cancanon, PA #323550
　　　　　　　　　　　　　　　　　　　　　Weinstein & Riley, P.S.
　　　　　　　　　　　　　　　　　　　　　11101 West 120th Avenue #280
　　　　　　　　　　　　　　　　　　　　　Broomfield, CO 80021
　　　　　　　　　　　　　　　　　　　　　Telephone: (303) 539-8600