**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>**CHRISTOPHER BLAZEYEWSKI,**<br>           **Debtor**<br><br>**DIANE BLAZEYEWSKI,** *AKA* **DIANE PHILLIPS BLAZEYEWSKI**<br>           **Debtor**<br><br>**SELENE FINANCE AS SERVICER FOR ATLANTICA, LLC**<br>           **Movant**<br>           v.<br>**CHRISTOPHER BLAZEYEWSKI and DIANE BLAZEYEWSKI**<br>           and<br>**RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)**<br>           **Respondents** | : BK. No.   17-23103-CMB<br>:<br>: Chapter No. 13<br>:<br>: Document No.<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**CERTIFICATE OF SERVICE NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF ATLANTICA, LLC TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN**

I hereby certify that a true and correct copy of the Notice of Withdrawal of Limited Objection Of Atlantica, LLC To Confirmation Of Debtors' Chapter 13 Plan was served on the following parties by electronic service via the Court's ECF filing system or by first-class mail on November 2, 2018:

<u>Trustee via E-Filing</u>
Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

<u>U.S. Trustee via E-Filing</u>
US Trustee
ustpregion03.pi.ecf@usdoj.gov

<u>Debtors via First-Class Mail</u>
Christopher Blazeyewski and Diane Blazeyewski
111 Kaplan Avenue
Pittsburgh, PA 15227

<u>Request for Service via First Class Mail</u>
Borough of Brentwood & Brentwood Borough School district
Jeffrey R. Hunt
Goehring, Rutter & Boehm
437 Grant Street
14th Floor
Pittsburgh, PA 15219-6107

<u>Debtors' Counsel via E-Filing</u>
Kenneth Steidl
julie.steidl@steidl-steinberg.com

<u>Request for Service via First Class Mail</u>
Peoples Natural Gas Company LLC
S. James Wallace
845 N. Lincoln Avenue
Pittsburgh, PA 15233

<u>Request for Service via First Class Mail</u>
Duquesne Light Company
Allison L. Carr
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222

<u>Request for Service via First Class Mail</u>
Brentwood Borough
Brentwood Borough School District
Michael C. Mazack
Tucker Arensberg

One PPG Place
Suite 1500
Pittsburgh, PA 15222

Request for Service via First Class Mail
CERASTES, LLC
James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

/s/ Maggie Koo
Maggie Koo
Legal Assistant to Lisa Cancanon
Weinstein & Riley, P.S.
Weinstein & Riley, P.S.
2001 Western Ave Suite 400
Seattle, WA 98121
T: 206-493-1531