# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>CHRISTOPHER BLAZEYEWSKI<br>AND DIANE BLAZEYEWSKI<br>AKA DIANE PHILLIPS,<br><br>Debtors.<br><br>SELENE FINANCE, LP, AS SERVICER<br>FOR ATLANTICA, LLC, ITS SUCCESSORS<br>AND/OR ASSIGNS<br><br>Movant.<br>v.<br><br>CHRISTOPHER BLAZEYEWSKI AND<br>DIANE BLAZEYEWSKI AKA DIANE<br>PHILLIPS BLAZEYEWSKI, DEBTORS;<br>AND RONDA J. WINNECOUR, TRUSTEE<br><br>Respondents. | Bankruptcy Case No.: 17-23103-CMB<br><br>Chapter: 13<br><br>Hearing date: July 24 , 2019<br>Hearing time: 10:00 a.m.<br>Courtroom B<br>Location: U.S. Steel Tower, 600 Grant Street,<br>54th Floor, Pittsburgh, PA 15219 |

## NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION OF SELENE FINANCE, LP, AS SERVICER FOR ATLANTICA, LLC, ITS SUCCESSORS AND/OR ASSIGNS FOR RELIEF FROM THE AUTOMATIC STAY

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **July 12, 2019** ( i.e. seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on July 24 , 2019, 2019, at 10:00 a.m before the Honorable Carlota M. Bohm, **Courtroom B, 54th Floor of the U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219**. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a response.

Date of Service: June 25, 2019_    Weinstein & Riley, P.S.

/s/ Lisa Cancanon
Lisa Cancanon
Bar ID: 323550
11101 West 120th Avenue #280
Broomfield, CO 80021
Telephone: (303) 539-8600
Facsimile: (206) 269-3493
Email: lisac@w-legal.com
Attorneys for Movant