# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>CHRISTOPHER BLAZEYEWSKI<br>AND DIANE BLAZEYEWSKI<br>*AKA* DIANE PHILLIPS,<br><br>　　　　　Debtors.<br><br>SELENE FINANCE, LP, AS SERVICER<br>FOR ATLANTICA, LLC, ITS SUCCESSORS<br>AND/OR ASSIGNS<br><br>　　　　　Movant.<br>　　　　v.<br><br>CHRISTOPHER BLAZEYEWSKI AND DIANE<br>BLAZEYEWSKI *AKA* DIANE PHILLIPS<br>BLAZEYEWSKI, DEBTORS; AND RONDA J.<br>WINNECOUR, TRUSTEE<br><br>　　　　　Respondents. | Bankruptcy Case No.: 17-23103-CMB<br><br>Chapter: 13<br><br>Related to Document Nos.: 125, 126<br><br>Hearing date: July 24 , 2019<br>Hearing time: 10:00 a.m. |

## CERTIFICATE OF SERVICE OF MOTION FOR RELIEF FROM STAY

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on June 25, 2019.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: U.S. First-Class Mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail is listed under the heading "Service by First-Class Mail."

Christopher Blazeyewski
Diane Blazeyewski
111 Kaplan Avenue
Pittsburgh, PA 15227
**Debtors via First-Class Mail**

Kenneth Steidl
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
**Attorney for Debtors via First-Class Mail**

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
**Trustee via First-Class Mail**

**U.S. Trustee via First-Class Mail**
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

**Lien Holder via First-Class Mail:**
Brentwood Borough School District
c/o Tucker Arnsberg P.C.
1500 One PPG Place
Pittsburgh, PA 15222

**Parties that are requesting for Notices via First-Class Mail:**
Duquesne Light Company
Allison Carr, Esquire
BERNSTEIN-BURKLEY, P.C.
707 Grant Street, Suite 2200
Gulf Tower Pittsburgh, PA 15219

Peoples Natural Gas Company LLC
c/o S. James Wallace, P.C.
845 North Lincoln Avenue
Pittsburgh, PA 15233

Brentwood Borough School District
John T. Vogel, Esquire
Michael C. Mazack, Esquire

TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, PA 15222


CERASTES, LLC
James C. Warmbrodt, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Brentwood Borough School District
Jeffrey R. Hunt, Esquire
437 Grant Street, 14th Floor
Pittsburgh, PA 15219-6107


EXECUTED ON: June 25, 2019

|  |  |
|---|---|
| By: | /s/ Lisa Cancanon |
|  | Lisa Cancanon |
|  | Weinstein & Riley, P.S. |
|  | Bar ID: 323550 |
|  | 11101 West 120th Avenue #280 |
|  | Broomfield, CO 80021 |
|  | Telephone: (303) 539-8600 |
|  | Facsimile: (206) 269-3493 |
|  | Email: lisac@w-legal.com |
|  | Attorneys for Movant |