Form 410

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Christopher Blazeyewski**
**Diane Blazeyewski**
**aka Diane Phillips Blazeyewski**
   Debtor(s)

Bankruptcy Case No.: 17−23103−CMB
Related to Doc. No. 130
Chapter: 13
Docket No.: 131 − 130
Concil. Conf.: October 17, 2019 at 09:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **September 3, 2019,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

    1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

    2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **September 16, 2019,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **October 17, 2019** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: July 18, 2019

                                                                         Carlota M. Bohm
                                                                     United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 17-23103-CMB
Christopher Blazeyewski                                             Chapter 13
Diane Blazeyewski
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dric           Page 1 of 3           Date Rcvd: Jul 18, 2019
                          Form ID: 410         Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2019.
```
db/jdb         +Christopher Blazeyewski,    Diane Blazeyewski,    111 Kaplan Avenue,    Pittsburgh, PA 15227-2415
cr             +Atlantica, LLC,   c/o Weinstein & Riley, P.S.,    11101 West 120th Avenue #280,
                 Broomfield, CO 80021-2756
cr             +Borough of Brentwood & Brentwood Borough School di,    437 Grant Street, 14th Floor,
                 Frick Building,    Frick Building,    Pittsburgh, PA 15219,    UNITED STATES 15219-6101
cr             +Brentwood Borough,    c/o Michael C. Mazack, Esquire,    Tucker Arensberg, PC,
                 1500 One PPG Place,    Pittsburgh, PA 15222-5413
cr             +Brentwood Borough School District,    c/o Michael C. Mazack, Esquire,    Tucker Arensberg, PC,
                 1500 One PPG Place,    Pittsburgh, PA 15222-5413
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
cr             +Selene Finance, LP, as servicer for Atlantica, LLC,    c/o Weinstein & Riley, P.S.,
                 11101 West 120th Avenue #280,    Broomfield, CO 80021-2756
14669145        AHN Emergency Group of Jefferson,    Attn #19021N,    PO Box 14000,    Belfast, ME 04915-4033
14669147       +APM Collections Dept,    7000 Stonewood Drive,    Suite 151,    Wexford, PA 15090-7376
14669146        Allegheny County,    c/o John Weinstein, County Treasurer,    PO Box 643385,
                 Pittsburgh, PA 15264-3385
14669148       +Associates in Neurology,    5750 Centre Avenue, Suite 100,    Pittsburgh, PA 15206-3762
14708302       +Borough of Brentwood & Brentwood School District,    Goehring, Rutter & Boehm,
                 c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,    Frick Building,
                 Pittsburgh, PA 15219-6101
14708319       +Borough of Brentwood School District,    Goehring, Rutter & Boehm,
                 c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,    Frick Building,
                 Pittsburgh, PA 15219-6101
14669150       +Brentwood Borough,    Fay K. Boland,    3730 Brownsville Road,    Pittsburgh, PA 15227-3562
14669151       +Brentwood Borough School District,    c/o Tucker Arnsberg P.C.,    1500 One PPG Place,
                 Pittsburgh, PA 15222-5416
14669152       +Brentwood EMS,    PO Box 8,    Indiana, PA 15701-0008
14669153       +Bureau of UC Benefits,    Attn: UI Payment Services,    PO Box 67503,    Harrisburg, PA 17106-7503
14669155       #+Capital One,    c/o RLG Law Group,    409 Lackawanna Avenue, Suite 320,    Scranton, PA 18503-2059
14669157        Cognitive Medicine Practice,    c/o Penn Credit,    916 S. 14th Street,    PO Box 988,
                 Harrisburg, PA 17108-0988
14669160       +Foundation Radiology Group,    350 N. Orleans Street, Floor 8,    Dept. 6235,
                 Chicago, IL 60654-1975
14669159        Foundation Radiology Group,    c/o Scheer, Green & Burke Co LPA,    PO Box 1312,
                 Toledo, OH 43603-1312
14669161        H&R Block,    c/o CCB Credit Services Inc.,    PO Box 272,    Springfield, IL 62705-0272
14669162       +Jack Mannheimer MD,    500 Lewis Run Road,    West Mifflin, PA 15122-3058
14669163       +Jefferson Hills Ambulance Association,    2121 Century Drive,    Jefferson Hills, PA 15025-3627
14669166        Jefferson Hospital,    PO Box 643054,    Pittsburgh, PA 15264-3054
14669168        Jefferson Internal Medicine,    575 Coal Valley Road,    Suite 374,    Clairton, PA 15025-3739
14669169        Ladani Medical Associates, LLC,    2409 Brownsville Rd.,    Pittsburgh, PA 15210-4503
14669171        Partners In Neuro and Endo,    5171 Liberty Avenue,    Pittsburgh, PA 15224-2254
14669172        Peoples Natural Gas,    PO Box 9037,    Addison, TX 75001-9037
14669173       +Personal Touch Home Care of PA,    160 North Craig Street,    Pittsburgh, PA 15213-2717
14669174        Pittsburgh Infectious Diseases LTD,    Suite C - 101 Drake Road,    Pittsburgh, PA 15241-1556
14669175       +Pittsburgh Pulmonary & Critical Care,    1200 Brooks Lane, Suite 180,
                 Jefferson Hills, PA 15025-3769
14669176       +Selene Finance,    PO Box 71243,    Philadelphia, PA 19176-6243
14669177       +Selene Finance,    c/o Shapiro & Denardo, LLC,    3600 horizon Drive, Suite 150,
                 King of Prussia, PA 19406-4702
14669178       +South Hills Gastro Assoc LLC,    PO Box 615,    Connellsville, PA 15425-0615
14669179        Target Card Services & TD Bank USA,    3901 West 53rd Street,    Sioux Falls, SD 57106-4216
14669180        Volkweins Music,    c/o CBCS,    PO Box 2724,    Columbus, OH 43216-2724
14669181       +Walmart & GE Money Bank,    c/o Portfolio Recovery Associates,    PO Box 12903,
                 Norfolk, VA 23541-0903
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14749464       +E-mail/Text: bkteam@selenefinance.com Jul 19 2019 02:53:27      Atlantica, LLC,
                 c/o Selene Finance,    9990 Richmond Ave, Suite 400 South,    Houston, TX 77042-4546
14677818        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 19 2019 03:00:06      Capital One Bank*,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
14669158        E-mail/Text: bankruptcies@escallate.com Jul 19 2019 02:53:20      Escallate, LLC,
                 PO Box 645425,    Cincinnati, OH 45264-5425
14669164        E-mail/Text: bankruptcies@escallate.com Jul 19 2019 02:53:20      Jefferson Hospital,
                 c/o Escallate, LLC,    PO Box 645425,    Cincinnati, OH 45264-5425
14669170       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 19 2019 02:53:43      PA Department of Revenue,
                 Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
14750123        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 19 2019 02:59:20
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
14669545       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 19 2019 03:11:55
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
```

```
District/off: 0315-2          User: dric                Page 2 of 3                   Date Rcvd: Jul 18, 2019
                              Form ID: 410              Total Noticed: 47

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14678790          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 19 2019 02:53:43
                   Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                   Harrisburg PA 17128-0946
14709780          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 19 2019 02:59:39      Verizon,
                   by American InfoSource LP as agent,    PO Box 248838,   Oklahoma City, OK 73124-8838
                                                                                             TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CERASTES, LLC
cr              Duquesne Light Company
14749572        Duquesne Light Company
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14677808*       AHN Emergency Group of Jefferson,    Attn #19021N,   PO Box 14000,   Belfast, ME 04915-4033
14677809*      +APM Collections Dept,    7000 Stonewood Drive,   Suite 151,   Wexford, PA 15090-7376
14669149*      +Associates in Neurology,    5750 Centre Avenue, Suite 100,    Pittsburgh, PA 15206-3762
14677810*      +Associates in Neurology,    5750 Centre Avenue, Suite 100,    Pittsburgh, PA 15206-3762
14677811*      +Associates in Neurology,    5750 Centre Avenue, Suite 100,    Pittsburgh, PA 15206-3762
14677812*      +Brentwood Borough School District,    c/o Tucker Arnsberg P.C.,    1500 One PPG Place,
                 Pittsburgh, PA 15222-5416
14677813*      +Brentwood EMS,   PO Box 8,    Indiana, PA 15701-0008
14669154*      +Bureau of UC Benefits,    Attn: UI Payment Services,   PO Box 67503,   Harrisburg, PA 17106-7503
14677814*      +Bureau of UC Benefits,    Attn: UI Payment Services,   PO Box 67503,   Harrisburg, PA 17106-7503
14677815*      +Bureau of UC Benefits,    Attn: UI Payment Services,   PO Box 67503,   Harrisburg, PA 17106-7503
14669156*      +Capital One,   c/o RLG Law Group,    409 Lackawanna Avenue, Suite 320,    Scranton, PA 18503-2059
14677816*      +Capital One,   c/o RLG Law Group,    409 Lackawanna Avenue, Suite 320,    Scranton, PA 18503-2059
14677817*      +Capital One,   c/o RLG Law Group,    409 Lackawanna Avenue, Suite 320,    Scranton, PA 18503-2059
14677819*       Cognitive Medicine Practice,    c/o Penn Credit,   916 S. 14th Street,   PO Box 988,
                 Harrisburg, PA 17108-0988
14677820*       Escallate, LLC,   PO Box 645425,    Cincinnati, OH 45264-5425
14677822*      +Foundation Radiology Group,    350 N. Orleans Street, Floor 8,    Dept. 6235,
                 Chicago, IL 60654-1975
14677821*       Foundation Radiology Group,    c/o Scheer, Green & Burke Co LPA,    PO Box 1312,
                 Toledo, OH 43603-1312
14677823*       H&R Block,   c/o CCB Credit Services Inc.,    PO Box 272,   Springfield, IL 62705-0272
14677824*      +Jack Mannheimer MD,    500 Lewis Run Road,   West Mifflin, PA 15122-3058
14677825*      +Jefferson Hills Ambulance Association,    2121 Century Drive,   Jefferson Hills, PA 15025-3627
14669165*       Jefferson Hospital,    c/o Escallate, LLC,   PO Box 645425,   Cincinnati, OH 45264-5425
14677826*       Jefferson Hospital,    c/o Escallate, LLC,   PO Box 645425,   Cincinnati, OH 45264-5425
14677827*       Jefferson Hospital,    c/o Escallate, LLC,   PO Box 645425,   Cincinnati, OH 45264-5425
14669167*       Jefferson Hospital,    PO Box 643054,   Pittsburgh, PA 15264-3054
14677828*       Jefferson Hospital,    PO Box 643054,   Pittsburgh, PA 15264-3054
14677829*       Jefferson Hospital,    PO Box 643054,   Pittsburgh, PA 15264-3054
14677830*       Jefferson Internal Medicine,    575 Coal Valley Road,   Suite 374,   Clairton, PA 15025-3739
14677831*       Ladani Medical Associates,    2409 Brownsville Rd.,   Pittsburgh, PA 15210-4503
14677832*      +PA Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,   Harrisburg, PA 17128-0946
14677833*       Partners In Neuro and Endo,    5171 Liberty Avenue,   Pittsburgh, PA 15224-2254
14677834*       Peoples Natural Gas,   PO Box 9037,    Addison, TX 75001-9037
14677835*      +Personal Touch Home Care of PA,    160 North Craig Street,   Pittsburgh, PA 15213-2717
14677836*       Pittsburgh Infectious Diseases LTD,    Suite C - 101 Drake Road,   Pittsburgh, PA 15241-1556
14677837*      +Pittsburgh Pulmonary & Critical Care,    1200 Brooks Lane, Suite 180,
                 Jefferson Hills, PA 15025-3769
14677839*      +Selene Finance,   c/o Shapiro & Denardo, LLC,    3600 horizon Drive, Suite 150,
                 King of Prussia, PA 19406-4702
14677838*      +Selene Finance,   PO Box 71243,    Philadelphia, PA 19176-6243
14677840*      +South Hills Gastro Assoc LLC,    PO Box 615,   Connellsville, PA 15425-0615
14677841*       Target Card Services & TD Bank USA,    3901 West 53rd Street,   Sioux Falls, SD 57106-4216
14677842*       Volkweins Music,   c/o CBCS,    PO Box 2724,   Columbus, OH 43216-2724
14677843*      +Walmart & GE Money Bank,    c/o Portfolio Recovery Associates,    PO Box 12903,
                 Norfolk, VA 23541-0903
                                                                                   TOTALS: 3, * 41, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0315-2           User: dric                 Page 3 of 3                   Date Rcvd: Jul 18, 2019
                               Form ID: 410               Total Noticed: 47
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2019                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    CERASTES, LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Brentwood & Brentwood Borough School
               district jhunt@grblaw.com,    cnoroski@grblaw.com
              Kenneth Steidl    on behalf of Debtor Christopher    Blazeyewski julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Kenneth Steidl    on behalf of Joint Debtor Diane    Blazeyewski julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Lisa Cancanon    on behalf of Creditor    Atlantica, LLC lisac@w-legal.com
              Lisa Cancanon    on behalf of Creditor    Selene Finance, LP, as servicer for Atlantica, LLC, its
               successors and/or assigns lisac@w-legal.com
              Michael C. Mazack    on behalf of Creditor    Brentwood Borough School District
               mmazack@tuckerlaw.com
              Michael C. Mazack    on behalf of Creditor    Brentwood Borough mmazack@tuckerlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                 TOTAL: 12
```