# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>CHRISTOPHER BLAZEYEWSKI<br>AND DIANE BLAZEYEWSKI<br>*AKA* DIANE PHILLIPS,<br><br>      Debtors.<br><br>SELENE FINANCE, LP, AS SERVICER<br>FOR ATLANTICA, LLC, ITS SUCCESSORS<br>AND/OR ASSIGNS<br><br>      Movant.<br>      v.<br><br>CHRISTOPHER BLAZEYEWSKI AND DIANE<br>BLAZEYEWSKI *AKA* DIANE PHILLIPS<br>BLAZEYEWSKI, DEBTORS; AND RONDA J.<br>WINNECOUR, TRUSTEE<br><br>      Respondents. | Bankruptcy Case No.: 17-23103-CMB<br><br>Chapter: 13<br><br>Related to Document Nos.: 125, 126<br><br>Hearing date: September 11, 2019<br>Hearing time: 11:00 AM. |

## AMENDED CERTIFICATE OF SERVICE

(CORRECTED *ECF:* 127)

      I, the undersigned, certify under penalty of perjury that I served, a copy of the following papers were served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service on **June 25, 2019**.

1. Motion of Selene Finance, LP, as servicer for Atlantica, LLC, its successors and/or assigns pursuant to Section 362(D) of the Bankruptcy Code, Rules 4001 and 9014 of the Federal Rules of Bankruptcy Procedure for Relief From the Automatic Stay
2. Notice of Hearing And Response Deadline Regarding Motion of Selene Finance, LP, as servicer for Atlantica, LLC, its successors and/or assigns pursuant to Section 362(D) of the Bankruptcy Code, Rules 4001 and 9014 of the Federal Rules of Bankruptcy Procedure for Relief From the Automatic Stay
3. Proposed Order on Motion For Relief From Automatic Stay
4. Exhibits

**Method of Service**: U.S. first class Mail, postage pre-paid envelope.

Christopher Blazeyewski
Diane Blazeyewski
111 Kaplan Avenue
Pittsburgh, PA 15227
**Debtors via First-Class Mail**

Kenneth Steidl
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
**Attorney for Debtors via First-Class Mail**

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
**Trustee via First-Class Mail**

**U.S. Trustee via First-Class Mail**
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

**Lien Holder via First-Class Mail:**
Brentwood Borough School District
c/o Tucker Arnsberg P.C.
1500 One PPG Place
Pittsburgh, PA 15222

**Parties that are requesting for Notices via First-Class Mail:**
Duquesne Light Company
Allison Carr, Esquire
BERNSTEIN-BURKLEY, P.C.
707 Grant Street, Suite 2200
Gulf Tower Pittsburgh, PA 15219

Peoples Natural Gas Company LLC
c/o S. James Wallace, P.C.
845 North Lincoln Avenue
Pittsburgh, PA 15233

Brentwood Borough School District
John T. Vogel, Esquire
Michael C. Mazack, Esquire
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, PA 15222

CERASTES, LLC
James C. Warmbrodt, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Brentwood Borough School District
Jeffrey R. Hunt, Esquire
437 Grant Street, 14th Floor
Pittsburgh, PA 15219-6107

EXECUTED ON: July 25, 2019

|  |  |
|---|---|
| By: | /s/ Lisa Cancanon |
|  | Lisa Cancanon |
|  | Weinstein & Riley, P.S. |
|  | Bar ID: 323550 |
|  | 11101 West 120th Avenue #280 |
|  | Broomfield, CO 80021 |
|  | Telephone: (303) 539-8600 |
|  | Facsimile: (206) 269-3493 |
|  | Email: lisac@w-legal.com |
|  | Attorneys for Movant |