## PROCEEDING MEMO

Date: 07/24/2019 10:00 am

In re: Christopher Blazeyewski
Diane Blazeyewski

Bankruptcy No. 17-23103-CMB
Chapter: 13
Doc. # 125

Appearances: ~~Winnecour / Paik / Katz~~ / DeSimone

Movant(s): ~~Lisa Cancanon~~ Stanley Kirshenbaum

Respondents: ~~Kenneth Steidl~~ Lauren Lamb

Creditor(s):

Nature of Proceeding: #125 Motion of Selene Finance, LP for Relief from the Automatic Stay

Additional Pleadings: #127 Certificate of Service;  #129 Answer by Debtor

Judge's Notes:

Outcome:

Kirshenbaum: Debtor is five postpetition payments delinquent and there is little to no equity in the property.
Lamb: Debtor anticipates going back to work next week.

Amended plan will be filed

Continued to September 11, 2019 at 11:00 a.m.

_____ Motion is GRANTED _____ Order entered
_____ Motion is DENIED _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED    Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED    Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER:   _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:    Movant(s) brief due _____ days
                              Respondent(s) brief due _____ days
                              Trustee's brief due _____ days

FILED
7/24/19 2:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Christopher Blazeyewski  
Diane Blazeyewski  
    Debtors

Case No. 17-23103-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dsaw      Page 1 of 1      Date Rcvd: Jul 24, 2019  
                       Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2019.  
db/jdb      +Christopher Blazeyewski,    Diane Blazeyewski,    111 Kaplan Avenue,    Pittsburgh, PA 15227-2415

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2019      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2019 at the address(es) listed below:

         James Warmbrodt    on behalf of Creditor    CERASTES, LLC bkgroup@kmllawgroup.com  
         Jeffrey R. Hunt    on behalf of Creditor    Borough of Brentwood & Brentwood Borough School district jhunt@grblaw.com, cnoroski@grblaw.com  
         Kenneth Steidl    on behalf of Debtor Christopher Blazeyewski julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com  
         Kenneth Steidl    on behalf of Joint Debtor Diane Blazeyewski julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com  
         Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
         Lisa Cancanon    on behalf of Creditor    Atlantica, LLC lisac@w-legal.com  
         Lisa Cancanon    on behalf of Creditor    Selene Finance, LP, as servicer for Atlantica, LLC, its successors and/or assigns lisac@w-legal.com  
         Michael C. Mazack    on behalf of Creditor    Brentwood Borough School District mmazack@tuckerlaw.com  
         Michael C. Mazack    on behalf of Creditor    Brentwood Borough mmazack@tuckerlaw.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

         TOTAL: 12