## PROCEEDING MEMO

Date: 09/11/2019 11:00 am

In re: Christopher Blazeyewski
Diane Blazeyewski

Bankruptcy No. 17-23103-CMB
Chapter: 13
Doc. # 125

Appearances: Winnecour / Pail / Katz / DeSimone

Movant(s): Stanley Kirshenbaum ✓

Respondents: ~~Lauren Lamb~~ A. Sleidl ✓

Creditor(s):

Nature of Proceeding: # 125 Continued Motion of Selene Finance, LP for Relief from the Automatic Stay

Additional Pleadings: #129 Answer by Debtor (filed previously)

Judge's Notes: No amended Plan filed.

- Motion by Trustee to Dismiss Case.

- Case Dismissed w/o prejudice

Outcome:

_____ Motion is GRANTED  _____ Order entered
_____ Motion is DENIED _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED        Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED        Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____days
_____ CONTINUED MATTER:   _____for at least _____days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:    Movant(s) brief due _____days
                              Respondent(s) brief due _____days
                              Trustee's brief due _____days

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
9/12/19 9:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA