**Form 309**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Christopher Blazeyewski** | : | Case No. 17–23103–CMB |
| **Diane Blazeyewski** | : | Chapter: 13 |
| **aka Diane Phillips Blazeyewski** | : | |
| *Debtor(s)* | : | |
| | : | |
| | : | Per Proceeding Held on 9/11/2019 |
| | : | |

### ORDER DISMISSING CASE WITHOUT PREJUDICE AND
### TERMINATING WAGE ATTACHMENT

     **AND NOW,** this ***The 12th of September, 2019,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

     (1)   The above–captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

     (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

     (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13–FR–S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

     (4)   The Clerk shall give notice to all creditors of this dismissal.

*Carlota M. Böhm*

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 17-23103-CMB
Christopher Blazeyewski                                         Chapter 13
Diane Blazeyewski
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: dric        Page 1 of 3              Date Rcvd: Sep 12, 2019
                           Form ID: 309       Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2019.
```
db/jdb     +Christopher Blazeyewski,   Diane Blazeyewski,   111 Kaplan Avenue,   Pittsburgh, PA 15227-2415
cr         +Atlantica, LLC,   c/o Weinstein & Riley, P.S.,   11101 West 120th Avenue #280,
             Broomfield, CO 80021-2756
cr         +Borough of Brentwood & Brentwood Borough School di,   437 Grant Street, 14th Floor,
             Frick Building,   Frick Building,   Pittsburgh, PA  15219,   UNITED STATES 15219-6101
cr         +Brentwood Borough,   c/o Michael C. Mazack, Esquire,   Tucker Arensberg, PC,
             1500 One PPG Place,   Pittsburgh, PA 15222-5413
cr         +Brentwood Borough School District,   c/o Michael C. Mazack, Esquire,   Tucker Arensberg, PC,
             1500 One PPG Place,   Pittsburgh, PA 15222-5413
cr         +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
             Pittsburgh, PA 15233-1828
cr         +Selene Finance, LP, as servicer for Atlantica, LLC,   c/o Weinstein & Riley, P.S.,
             11101 West 120th Avenue #280,   Broomfield, CO 80021-2756
14669145   +AHN Emergency Group of Jefferson,   Attn #19021N,   PO Box 14000,   Belfast, ME 04915-4033
14669147   +APM Collections Dept.,   7000 Stonewood Drive,   Suite 151,   Wexford, PA 15090-7376
14669146   +Allegheny County,   c/o John Weinstein, County Treasurer,   PO Box 643385,
             Pittsburgh, PA 15264-3385
14669148   +Associates in Neurology,   5750 Centre Avenue, Suite 100,   Pittsburgh, PA 15206-3762
14708302   +Borough of Brentwood & Brentwood Borough School District,   Goehring, Rutter & Boehm,
             c/o Jeffrey R. Hunt, Esquire,   437 Grant Street, 14th Floor,   Frick Building,
             Pittsburgh, PA 15219-6101
14708319   +Borough of Brentwood School District,   Goehring, Rutter & Boehm,
             c/o Jeffrey R. Hunt, Esquire,   437 Grant Street, 14th Floor,   Frick Building,
             Pittsburgh, PA 15219-6101
14669150   +Brentwood Borough,   Fay K. Boland,   3730 Brownsville Road,   Pittsburgh, PA 15227-3562
14669151   +Brentwood Borough School District,   c/o Tucker Arnsberg P.C.,   1500 One PPG Place,
             Pittsburgh, PA 15222-5416
14669152   +Brentwood EMS,   PO Box 8,   Indiana, PA 15701-0008
14669153   +Bureau of UC Benefits,   Attn: UI Payment Services,   PO Box 67503,   Harrisburg, PA 17106-7503
14669155   #+Capital One,   c/o RLG Law Group,   409 Lackawanna Avenue, Suite 320,   Scranton, PA 18503-2059
14669157    Cognitive Medicine Practice,   c/o Penn Credit,   916 S. 14th Street,   PO Box 988,
             Harrisburg, PA 17108-0988
14669160   +Foundation Radiology Group,   350 N. Orleans Street, Floor 8,   Dept. 6235,
             Chicago, IL 60654-1975
14669159    Foundation Radiology Group,   c/o Scheer, Green & Burke Co LPA,   PO Box 1312,
             Toledo, OH 43603-1312
14669161   +H&R Block,   c/o CCB Credit Services Inc.,   PO Box 272,   Springfield, IL 62705-0272
14669162   +Jack Mannheimer MD,   500 Lewis Run Road,   West Mifflin, PA 15122-3058
14669163   +Jefferson Hills Ambulance Association,   2121 Century Drive,   Jefferson Hills, PA 15025-3627
14669166   +Jefferson Hospital,   PO Box 643054,   Pittsburgh, PA 15264-3054
14669168   +Jefferson Internal Medicine,   575 Coal Valley Road,   Suite 374,   Clairton, PA 15025-3739
14669169   +Ladani Medical Associates, LLC,   2409 Brownsville Rd.,   Pittsburgh, PA 15210-4503
14669171   +Partners In Neuro and Endo,   5171 Liberty Avenue,   Pittsburgh, PA 15224-2254
14669172    Peoples Natural Gas,   PO Box 9037,   Addison, TX 75001-9037
14669173   +Personal Touch Home Care of PA,   160 North Craig Street,   Pittsburgh, PA 15213-2717
14669174    Pittsburgh Infectious Diseases LTD,   Suite C - 101 Drake Road,   Pittsburgh, PA 15241-1556
14669175   +Pittsburgh Pulmonary & Critical Care,   1200 Brooks Lane, Suite 180,
             Jefferson Hills, PA 15025-3769
14669177   +Selene Finance,   c/o Shapiro & Denardo, LLC,   3600 horizon Drive, Suite 150,
             King of Prussia, PA 19406-4702
14669176   +Selene Finance,   PO Box 71243,   Philadelphia, PA 19176-6243
14669178   +South Hills Gastro Assoc LLC,   PO Box 615,   Connellsville, PA 15425-0615
14669180   +Volkweins Music,   c/o CBCS,   PO Box 2724,   Columbus, OH 43216-2724
14669181   +Walmart & GE Money Bank,   c/o Portfolio Recovery Associates,   PO Box 12903,
             Norfolk, VA 23541-0903
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14749464   +E-mail/Text: bkteam@selenefinance.com Sep 13 2019 02:40:27    Atlantica, LLC,
             c/o Selene Finance,   9990 Richmond Ave, Suite 400 South,   Houston, TX 77042-4546
14677818    EDI: CAPITALONE.COM Sep 13 2019 06:23:00    Capital One Bank*,   PO Box 30285,
             Salt Lake City, UT 84130-0285
14669158    EDI: ESCALLATE.COM Sep 13 2019 06:23:00    Escallate, LLC,   PO Box 645425,
             Cincinnati, OH 45264-5425
14669164    EDI: ESCALLATE.COM Sep 13 2019 06:23:00    Jefferson Hospital,   c/o Escallate, LLC,
             PO Box 645425,   Cincinnati, OH 45264-5425
14669170   +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 13 2019 02:40:56    PA Department of Revenue,
             Bankruptcy Division,   P.O. Box 280946,   Harrisburg, PA 17128-0946
14750123    EDI: PRA.COM Sep 13 2019 06:23:00    Portfolio Recovery Associates, LLC,   PO Box 41067,
             Norfolk, VA 23541
14669545   +EDI: PRA.COM Sep 13 2019 06:23:00    PRA Receivables Management, LLC,   PO Box 41021,
             Norfolk, VA 23541-1021
```

```
District/off: 0315-2            User: dric              Page 2 of 3              Date Rcvd: Sep 12, 2019
                               Form ID: 309             Total Noticed: 47


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14678790          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 13 2019 02:40:56
                  Pennsylvania Department of Revenue,   Bankruptcy Division, PO Box 280946,
                  Harrisburg PA 17128-0946
14669179          EDI: WTRRNBANK.COM Sep 13 2019 06:23:00    Target Card Services & TD Bank USA,
                  3901 West 53rd Street,   Sioux Falls, SD 57106-4216
14709780          EDI: AIS.COM Sep 13 2019 06:23:00   Verizon,   by American InfoSource LP as agent,
                  PO Box 248838,   Oklahoma City, OK  73124-8838
                                                                                   TOTAL: 10


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               CERASTES, LLC
cr               Duquesne Light Company
14749572         Duquesne Light Company
cr*              +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14677808*        AHN Emergency Group of Jefferson,   Attn #19021N,   PO Box 14000,   Belfast, ME 04915-4033
14677809*        +APM Collections Dept,   7000 Stonewood Drive,   Suite 151,   Wexford, PA 15090-7376
14669149*        +Associates in Neurology,   5750 Centre Avenue, Suite 100,   Pittsburgh, PA 15206-3762
14677810*        +Associates in Neurology,   5750 Centre Avenue, Suite 100,   Pittsburgh, PA 15206-3762
14677811*        +Associates in Neurology,   5750 Centre Avenue, Suite 100,   Pittsburgh, PA 15206-3762
14677812*        +Brentwood Borough School District,   c/o Tucker Arnsberg P.C.,   1500 One PPG Place,
                  Pittsburgh, PA 15222-5416
14677813*        +Brentwood EMS,   PO Box 8,   Indiana, PA 15701-0008
14669154*        +Bureau of UC Benefits,   Attn: UI Payment Services,   PO Box 67503,   Harrisburg, PA 17106-7503
14677814*        +Bureau of UC Benefits,   Attn: UI Payment Services,   PO Box 67503,   Harrisburg, PA 17106-7503
14677815*        +Bureau of UC Benefits,   Attn: UI Payment Services,   PO Box 67503,   Harrisburg, PA 17106-7503
14669156*        +Capital One,   c/o RLG Law Group,   409 Lackawanna Avenue, Suite 320,   Scranton, PA 18503-2059
14677816*        +Capital One,   c/o RLG Law Group,   409 Lackawanna Avenue, Suite 320,   Scranton, PA 18503-2059
14677817*        +Capital One,   c/o RLG Law Group,   409 Lackawanna Avenue, Suite 320,   Scranton, PA 18503-2059
14677819*         Cognitive Medicine Practice,   c/o Penn Credit,   916 S. 14th Street,   PO Box 988,
                  Harrisburg, PA 17108-0988
14677820*         Escallate, LLC,   PO Box 645425,   Cincinnati, OH 45264-5425
14677822*        +Foundation Radiology Group,   350 N. Orleans Street, Floor 8,   Dept. 6235,
                  Chicago, IL 60654-1975
14677821*         Foundation Radiology Group,   c/o Scheer, Green & Burke Co LPA,   PO Box 1312,
                  Toledo, OH 43603-1312
14677823*         H&R Block,   c/o CCB Credit Services Inc.,   PO Box 272,   Springfield, IL 62705-0272
14677824*        +Jack Mannheimer MD,   500 Lewis Run Road,   West Mifflin, PA 15122-3058
14677825*        +Jefferson Hills Ambulance Association,   2121 Century Drive,   Jefferson Hills, PA 15025-3627
14669165*         Jefferson Hospital,   c/o Escallate, LLC,   PO Box 645425,   Cincinnati, OH 45264-5425
14677826*         Jefferson Hospital,   c/o Escallate, LLC,   PO Box 645425,   Cincinnati, OH 45264-5425
14677827*         Jefferson Hospital,   c/o Escallate, LLC,   PO Box 645425,   Cincinnati, OH 45264-5425
14669167*         Jefferson Hospital,   PO Box 643054,   Pittsburgh, PA 15264-3054
14677828*         Jefferson Hospital,   PO Box 643054,   Pittsburgh, PA 15264-3054
14677829*         Jefferson Hospital,   PO Box 643054,   Pittsburgh, PA 15264-3054
14677830*         Jefferson Internal Medicine,   575 Coal Valley Road,   Suite 374,   Clairton, PA 15025-3739
14677831*         Ladani Medical Associates, LLC,   2409 Brownsville Rd.,   Pittsburgh, PA 15210-4503
14677832*        +PA Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,   Harrisburg, PA 17128-0946
14677833*         Partners In Neuro and Endo,   5171 Liberty Avenue,   Pittsburgh, PA 15224-2254
14677834*         Peoples Natural Gas,   PO Box 9037,   Addison, TX 75001-9037
14677835*        +Personal Touch Home Care of PA,   160 North Craig Street,   Pittsburgh, PA 15213-2717
14677836*         Pittsburgh Infectious Diseases LTD,   Suite C - 101 Drake Road,   Pittsburgh, PA 15241-1556
14677837*        +Pittsburgh Pulmonary & Critical Care,   1200 Brooks Lane, Suite 180,
                  Jefferson Hills, PA 15025-3769
14677839*        +Selene Finance,   c/o Shapiro & Denardo, LLC,   3600 horizon Drive, Suite 150,
                  King of Prussia, PA 19406-4702
14677838*        +Selene Finance,   PO Box 71243,   Philadelphia, PA 19176-6243
14677840*        +South Hills Gastro Assoc LLC,   PO Box 615,   Connellsville, PA 15425-0615
14677841*         Target Card Services & TD Bank USA,   3901 West 53rd Street,   Sioux Falls, SD 57106-4216
14677842*         Volkweins Music,   c/o CBCS,   PO Box 2724,   Columbus, OH 43216-2724
14677843*        +Walmart & GE Money Bank,   c/o Portfolio Recovery Associates,   PO Box 12903,
                  Norfolk, VA 23541-0903
                                                                            TOTALS: 3, * 41, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0315-2          User: dric              Page 3 of 3            Date Rcvd: Sep 12, 2019
                              Form ID: 309            Total Noticed: 47
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2019 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor    CERASTES, LLC bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Borough of Brentwood & Brentwood Borough School
          district jhunt@grblaw.com,  cnoroski@grblaw.com
          Kenneth  Steidl    on behalf of Debtor Christopher  Blazeyewski julie.steidl@steidl-steinberg.com,
          ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
          eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
          inberg.com
          Kenneth  Steidl    on behalf of Joint Debtor Diane  Blazeyewski julie.steidl@steidl-steinberg.com,
          ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
          eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
          inberg.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
          jbluemle@bernsteinlaw.com
          Lisa  Cancanon    on behalf of Creditor    Atlantica, LLC lisac@w-legal.com
          Lisa  Cancanon    on behalf of Creditor    Selene Finance, LP, as servicer for Atlantica, LLC, its
          successors and/or assigns lisac@w-legal.com
          Michael C. Mazack    on behalf of Creditor    Brentwood Borough School District
          mmazack@tuckerlaw.com
          Michael C. Mazack    on behalf of Creditor    Brentwood Borough mmazack@tuckerlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                    TOTAL: 12
```