**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

CHRISTOPHER BLAZEYEWSKI
DIANE BLAZEYEWSKI
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Respondents.

Case No.:17-23103

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/01/2017 and confirmed on 02/21/2018 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 17,902.40 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 17,902.40 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 3,427.77 | |
|     Trustee Fee | 789.31 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,217.08 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| ATLANTICA LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 8823 | | | | |
| ATLANTICA LLC | 5,933.46 | 5,933.46 | 0.00 | 5,933.46 |
|   Acct: 8823 | | | | |
| ATLANTICA LLC | 0.00 | 6,998.72 | 0.00 | 6,998.72 |
|   Acct: 8823 | | | | |
| ATLANTICA LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 8823 | | | | |
| BRENTWOOD BORO SD (BRENTWOOD) (R | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: J101 | | | | |
| BRENTWOOD BORO SD (BRENTWOOD) (R | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: J101 | | | | |
| | | | | 12,932.18 |
| **Priority** | | | | |
| KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| CHRISTOPHER BLAZEYEWSKI | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Priority | | | | | |
| | STEIDL & STEINBERG | 3,390.00 | 2,494.73 | 0.00 | 0.00 |
| | Acct: | | | | |
| | STEIDL & STEINBERG | 1,000.00 | 933.04 | 0.00 | 0.00 |
| | Acct: | | | | |
| | STEIDL & STEINBERG | 2,500.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2232 | | | | |
| | BRENTWOOD BOROUGH SD & BRENTWO( | 1,360.61 | 753.14 | 0.00 | 753.14 |
| | Acct: XXXXX0975 | | | | |
| | | | | | 753.14 |
| Unsecured | | | | | |
| | AHN EMERGENCY GROUP OF JEFFERSOI | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6385 | | | | |
| | APM COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4858 | | | | |
| | ASSOCIATES IN NEUROLOGY OF PGH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8330 | | | | |
| | ASSOCIATES IN NEUROLOGY OF PGH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0754 | | | | |
| | BRENTWOOD EMS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8588 | | | | |
| | PA DEPARTMENT OF LABOR & INDUSTRY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PA DEPARTMENT OF LABOR & INDUSTRY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6601 | | | | |
| | CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0894 | | | | |
| | PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7333 | | | | |
| | ESCALLATE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0555 | | | | |
| | FOUNDATION RADIOLOGY GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3835 | | | | |
| | FOUNDATION RADIOLOGY GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: FRG1 | | | | |
| | H & R BLOCK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6148 | | | | |
| | JACK MANNHEIMER MD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3536 | | | | |
| | JEFFERSON HILLS AREA AMBULANCE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8372 | | | | |
| | JEFFERSON HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5298 | | | | |
| | JEFFERSON HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5159 | | | | |
| | JEFFERSON HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2200 | | | | |
| | JEFFERSON HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3400 | | | | |
| | JEFFERSON INTERNAL MEDICINE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5137 | | | | |
| | LADANI MEDICAL ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 21UN | | | | |
| | PARTNERS IN NEPHROLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0330 | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0400 | | | | |
| | PERSONAL TOUCH HOME CARE OF PA IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1365 | | | | |
| | PITTSBURGH INFECTIOUS DISEASE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0851 | | | | |
| | PITTSBURGH PULMONARY & CRITICAL AS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7380 | | | | |
| | SOUTH HILLS GASTRO ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6540 | | | | |
| | TD BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3246 | | | | |
| | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0576 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL( | 760.84 | 0.00 | 0.00 | 0.00 |
| | Acct: 2288 | | | | |
| | PA DEPARTMENT OF REVENUE* | 513.23 | 0.00 | 0.00 | 0.00 |
| | Acct: 2232 | | | | |
| | AMERICAN INFOSOURCE LP AGENT FOR \ | 167.64 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | DUQUESNE LIGHT COMPANY* | 751.03 | 0.00 | 0.00 | 0.00 |
| | Acct: 0486 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2288 | | | | |
| | ALLISON L CARR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | TUCKER ARENSBERG PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | TUCKER ARENSBERG PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SHAPIRO & DENARDO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WEINSTEIN PINSON & RILEY PS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CHRISTOPHER K BAXTER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

*** N O N E ***

TOTAL PAID TO CREDITORS                                                                                                   13,685.32

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 1,360.61 |
| SECURED | 5,933.46 |
| UNSECURED | 2.192.74 |

Date: 10/10/2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com